```
 1            IN THE COURT OF COMMON PLEAS
 2         PHILADELPHIA COUNTY, PENNSYLVANIA
 3                     - - -
 4     UNCHALEE VONG et al      :FEBRUARY TERM 03
 5            vs.               :
 6     MALY YAN et al           :2882
 7                     - - -
 8                Oral deposition of
 9     Maly Yan, taken pursuant to Notice, held
10     at the law offices of Christie, Pabarue,
11     Mortensen & Young Services, 1880 JFK
12     Boulevard, 10th Floor, Philadelphia, PA,
13     on Wednesday, September 24, 2003, at
14     12:45 p.m., before John W. Begley, a
15     Federally Approved Registered
16     Professional Reporter - Notary Public in
17     and for the Commonwealth of Pennsylvania.
18                     - - -
19           ESQUIRE DEPOSITION SERVICES
20                  15th Floor
21         1880 John F. Kennedy Boulevard
22           Philadelphia, Pennsylvania 19103
23                 215 - 988-9191
24
```

**Page 66**

1  Q. Prior to June 18, 2001 on
2  how many occasions had you driven the van
3  to or from Pack & Process?
4  A. Like what do you mean? Can
5  you repeat that?
6  Q. Well, let me ask you this:
7  When did you first begin driving the van?
8  In 2001 when did you first begin driving
9  the van to or from Pack & Process?
10  A. In May.
11  Q. And we are talking about May
12  of 2000, so a month before the accident,
13  roughly?
14  A. Yes.
15  MR. HULLER: I'm sorry,
16  Rafael. That was 2001, I think
17  you meant to say --
18  MR. VILLALOBOS: 2001.
19  THE WITNESS: Yes.
20  BY MR. VILLALOBOS:
21  Q. And why did you start
22  driving the van in May 2001?
23  A. Because my father got his
24  license suspended.

**Page 67**

1  Q. Was your father customarily
2  the person who would drive that van?
3  A. Yes.
4  Q. And was your father paid by
5  someone to drive that van?
6  A. Yes, Lam. Mr. Thatch.
7  Q. And when you began to drive
8  the van in May 2001, a month or so before
9  the accident --
10  A. Yes.
11  Q. -- were you paid by anyone
12  to drive that van?
13  A. I get paid from Pack &
14  Process and I also get paid from Mr. Lam.
15  Q. Now, what were you paid by
16  Pack & Process for; for working as a
17  quality technician or were you paid by
18  Pack & Process to drive the van?
19  MR. URBAN: Objection to the
20  form of the question.
21  Go ahead.
22  THE WITNESS: As a person
23  working as a control.
24  BY MR. VILLALOBOS:

**Page 68**

1  Q. You were not paid by Pack &
2  Process to drive the van in May or June
3  of 2001?
4  MR. URBAN: Objection to the
5  form of the question.
6  THE INTERPRETER: I'm sorry.
7  I wasn't sure she understand the
8  question because the answer --
9  MR. MC NULTY: That's all
10  right. Just translate what she
11  said.
12  THE INTERPRETER: The answer
13  is I get paid from Mr. Thatch as a
14  transporter driving the van,
15  taking people to work there.
16  BY MR. VILLALOBOS:
17  Q. So in May and June of 2001
18  Mr. Thatch was paying you to transport
19  workers between Philadelphia and
20  Wilmington?
21  A. Yes.
22  Q. Did anyone at Pack & Process
23  ever instruct you to drive a vehicle?
24  A. My supervisor told me.

**Page 69**

1  Q. Your supervisor told you to
2  drive a vehicle?
3  A. Yes, transferring people to
4  work and also working as an employee
5  there.
6  Q. What supervisor was it that
7  told you to transport people to and from
8  work?
9  A. Sterling.
10  Q. Sterling Newsome?
11  A. Yes.
12  Q. And when was it that
13  Sterling Newsome told you to drive a van
14  to transport workers?
15  A. After my father got his
16  license suspended.
17  Q. Under what circumstances was
18  it that Sterling Newsome first came to
19  you and spoke to you about driving a
20  vehicle?
21  A. Because he does not want my
22  father to leave the place and he does not
23  want to lose us from the company.
24  Q. So what did Sterling Newsome