## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ST. PAUL MERCURY INSURANCE )
COMPANY, )
                          )
            Plaintiff, )
                          )     Case No. 05-0022 (KAJ)
         v. )
MALY YAN, )
                           )
          Defendant. )

### STIPULATED BRIEFING SCHEDULE

WHEREAS on February 3, 2005, the Plaintiff served its Complaint for Declaratory Judgment upon the Defendant by registered mail pursuant to DEL. CODE ANN. tit. 10, § 3104 and D. Del. LR 4.1; and

WHEREAS on or about February 22, 2005, the Defendant filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(7);

WHEREAS the Plaintiff thereafter requested and the Defendant agreed to an extension of time in which the Plaintiff must respond to the motion;

WHEREFORE the parties respectfully request that the Court enter the following briefing schedule: the Plaintiff shall respond to the Motion to Dismiss on or before March 18, 2005, and the Defendant shall file its reply, if any, on or before April 1, 2005.

BIFFERATO, GENTILOTTI & BIDEN          POTTER, CARMINE, LEONARD & AARONSON

Vincent A. Bifferato, Sr. (#00057)          Stephen B. Potter (#298)
Ian Connor Bifferato (#3273)               840 N. Union Street
Joseph R. Biden, III (#4203)               P.O. Box 514
Joseph K. Koury (#4272)                  Wilmington, DE 19899
1308 Delaware Avenue, P.O. Box 2165     (302) 658-8940
Wilmington, DE 19899
(302) 429-1900

-and-                                           -and-

Francis J. Deasey, Esq.                     H. Leon Aussprung, III, Esq.
Deasey, Mahoney & Bender, Ltd.              Kline & Specter, P.C.
1800 John F. Kennedy Blvd., Suite 1300      1525 Locust Street, 19th Floor
Philadelphia, PA 19103-2978                 Philadelphia, PA 19102
(215) 587-9400                              (215) 772-1000

*Attorneys for Plaintiff*                   *Attorneys for Defendant*


SO ORDERED this ____ day of _____, 2005


                                            _____
                                            Kent A. Jordan
                                            United States District Judge

## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify this 1st day of March, 2005, that copies of the foregoing *Stipulated Briefing Schedule* were caused to be served upon the following in the manner indicated:

**BY HAND**
Stephen B. Potter, Esq.
Potter, Carmine, Leonard & Aaronson
840 N. Union Street
Wilmington, DE 19806

**BY MAIL**
H. Leon Aussprung, III, Esq.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

BIFFERATO, GENTILOTTI & BIDEN

Joseph K. Koury (#4272)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899
(302) 429-1900