IN THE COURT OF COMMON PLEAS
PHILADELPHIA COUNTY
CIVIL TRIAL DIVISION

| | | |
|---|---|---|
| Soly Chan, et al. | : | |
|     Plaintiffs, | : | June Term, 2003 |
| v. | : | NO. 1461 |
| | : | |
| Pack & Process, et al. | : | |
|     Defendants. | : | |

100236

ORDER

AND NOW, this 21st day of Jan, 2004, upon consideration of the Preliminary Objections of Defendant Pack and Process, Inc. to Plaintiffs' Complaint and any response thereto, it is hereby ORDERED and DECREED that the Preliminary Objections are SUSTAINED, and that:

1. The above captioned action is DISMISSED without prejudice with leave to file in a proper state pursuant to 42 Pa..C.S.A § 5322(e).

BY THE COURT

_____ J.

KLINE & SPECTER
A PROFESSIONAL CORPORATION

BY: SHANIN SPECTER, ESQUIRE
JONATHAN M. COHEN, ESQUIRE
Attorney I.D. Nos. 40928/69062
Attorneys for Plaintiffs
1525 Locust Street
The Nineteenth Floor
Philadelphia, Pennsylvania 19102
(215) 772-1000

081468

| | |
|---|---|
| BAY THI NGUYEN | COURT OF COMMON PLEAS PHILADELPHIA COUNTY |
| v. | JUNE TERM, 2003 |
| FIRST FLEET CORPORATION, et al. | NO. 1504 |

### ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of defendant Pack and Process, Inc.'s Preliminary Objections to Plaintiff's Complaint, and plaintiff's opposition thereto, it is hereby ORDERED that said Preliminary Objections are DENIED. Defendant shall file its response to plaintiff's Complaint within twenty (20) day of this Order.

BY THE COURT:

_____
J.

Moot
See Order entered
on Motion #100236
[signature] Mark I. Bernstein J.
1-21-04

DOCKETED
JAN 2 1 2004
M. DOYLE

02/03/2004 TUE 11:25 [TX/RX NO 9436]



CHRISTIE, PABARUE, MORTENSEN AND YOUNG
A Professional Corporation
By: James A. Young, Esq./Rafael M. Villalobos, Esq.
     Rocco J. Iacullo, Esq.
Attorney I.D. Nos. 00213/69704/86144
1880 JFK Boulevard, 10th Floor
Philadelphia, PA 19103
215-587-1600

Attorneys For:
Defendant,
Pack and Process, Inc.

072897   ATTEST
JUL 1 4 2003
S. WULKO
PRO. PROTHY

---

| | | |
|---|---|---|
| ZAIR SHAH, et al. | : | COURT OF COMMON PLEAS |
| | : | OF PHILADELPHIA COUNTY |
| vs. | : | |
| | : | JUNE TERM, 2003 |
| PACK & PROCESS, et al. | : | NO. 002190 |

---

### PRELIMINARY OBJECTIONS OF DEFENDANT, PACK AND PROCESS, INC., TO PLAINTIFFS' COMPLAINT

Defendant, Pack and Process, Inc., a Delaware Corporation, ("P&P"), by and through its attorneys Christie, Pabarue, Mortensen and Young, a Professional Corporation, and hereby submits Preliminary Objections to Plaintiffs' Complaint, and, in support thereof, aver as follows:

A. **BACKGROUND**

1. This personal injury action involves claims for negligence, wrongful death and survival filed by Plaintiffs Zair Shah, Khan Gul, Salim Khan, Mohammad Sardar Khan and Rahamat Pari, arising out of a motor vehicle accident that took place on or about June 18, 2001.

2. According to the Complaint, on or about 4:40 p.m. on June 18, 2001, Plaintiffs Zair Shah, Khan Gul and plaintiffs Salim Khan's and Mohammad Sardar Khan's decedent, Mohammad Azim, were passengers in a van owned and operated by co-defendant Maly Yan, that collided with a tractor-trailer operated by co-defendant Richard P. Restle, Sr., and owned by co-defendant Motiva Enterprises, L.L.C.

DOCKETED
JAN 21 2004
M. DOYLE

Moot
See Order entered #100236
on Motion #100236
[signature] 1-21-04

Law Offices
BERNHARDT & ROTHERMEL, P.C.
By: Warren I. Siegel, Esquire
Attorney Identification No.: 65342
1515 Market Street
Suite 1540
Philadelphia, PA 19102
(215) 568-0100

ATTORNEY FOR PLAINTIFFS

| | |
|---|---|
| Kusti Leman<br><br>and<br><br>Tjajah Chandra as mother, natural guardian and legal guardian of Lani Chandra and Lani Chandra in her own right<br>vs.<br>Maly Yan and<br>Pack and Process Inc. and<br>Lam Personnel Services Inc., and<br>Richard P. Reistle, Sr. and<br>Motiva Enterprises, L.L.C. | COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY<br><br>07C250<br><br>May Term, 2003<br><br>No. 2175 |

## ORDER

AND NOW, this ____ day of _____, 2003, upon consideration of Preliminary Objections of Defendant, Pack and Process, Inc. to Plaintiff's Complaint and Plaintiff's Memorandum of Law in Opposition of to Preliminary Objections of Defendant, Pack and Process, Inc., to Plaintiff's Complaint, it is hereby ORDERED and DECREED that Plaintiffs may take discovery on all issues.

BY THE COURT:

_____ J.

*Moot see Order entered on Motion #100236.*

[signature] Mark I. Bernstein, J.
1-21-04

JONATHAN M. COHEN, ESQUIRE
MARK A. HOFFMAN, ESQUIRE
Attorney I.D. Nos. 40928/69062/84122
Attorneys for Plaintiffs
1525 Locust Street
The Nineteenth Floor
Philadelphia, Pennsylvania 19102
(215) 772-1000

050342

| | |
|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased AND CHAN YAN AND THUHA SON AND CHIEU THI HUYNH | COURT OF COMMON PLEAS PHILADELPHIA COUNTY<br><br>MARCH TERM, 2003<br>NO. 001293<br>JURY TRIAL DEMANDED |
| v. | |
| FIRST FLEET CORPORATION MOTIVA ENTERPRISES, LLC f/k/a STAR ENTERPRISE AND CHARLES P. REISTLE, SR. AND PACK & PROCESS, INC. AND LAM PERSONNEL SERVICES, INC. | |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Preliminary Objections of Defendant, Pack and Process, Inc. to Plaintiff's Complaint and Plaintiff's Memorandum of Law in Opposition to Preliminary Objections of Defendant, Pack and Process, Inc., to Plaintiffs' Complaint, it is hereby ORDERED and DECREED that Defendant's Preliminary Objections are dismissed.

BY THE COURT:

_____, J.

See order entered # 100236 on Motion [signature] 1-21-04

4111.

| | |
|---|---|
| CHRISTIE, PABARUE, MORTENSEN AND YOUNG<br>A Professional Corporation<br>By: James A. Young, Esq./Garen Meguerian, Esq.<br>Attorney I.D. Nos. 00213/78588<br>1880 JFK Boulevard, 10th Floor<br>Philadelphia, PA 19103<br>215-587-1600 | Attorneys For:<br>Defendant,<br>Pack and Process, Inc. |

| | | |
|---|---|---|
| UNCHALEE VONG, et al. | : | COURT OF COMMON PLEAS<br>OF PHILADELPHIA COUNTY |
| vs. | : | |
| | : | FEBRUARY TERM, 2003 |
| MALY YAN, et al. | : | NO. 002882     041331 |

## ORDER

**AND NOW** this _____ day of _____ 2003, upon consideration of the request for an extension to respond to the Preliminary Objections of Defendant Pack and Process, Inc. to Plaintiffs' Complaint, it is hereby **ORDERED** that said request is **GRANTED**, and that all parties are granted an extension of two weeks from the date of the completion of the deposition of Steven Ames to respond to the Preliminary Objections of Defendant Pack and Process, Inc. to Plaintiffs' Complaint.

**BY THE COURT**

_____
J.

*[Handwritten: Moot - See Order entered on Motion #100736     Mark I. Bernstein  1-21-04]*

411223_1