**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeum Mam, Deceased and Navy Yan, Deceased, et. al, Plaintiffs | : : : : : : | CIVIL ACTION NO.: 05-832 |
| v. | : : | |
| PACK & PROCESS, INC. | : : | |
| AND | : : | |
| ST. PAUL MERCURY INSURANCE COMPANY, Defendants | : : : : | |

RECEIVED
JUL 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05-513

JURY TRIAL DEMANDED

**O R D E R**

**AND NOW**, this       day of                  , 2005, upon consideration of the motion of defendants, Pack and Process, Inc. and St. Paul Mercury Insurance Company to dismiss this action, or in the alternative, to transfer this action to the United States District Court for the District of Delaware, **IT IS HEREBY ORDERED** that defendants' motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is dismissed, with prejudice.

_____
J