STANDARD

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:05-cv-00832-JG
# Internal Use Only

| | |
|---|---|
| THOU et al v. PACK & PROCESS, INC. et al | Date Filed: 02/23/2005 |
| Assigned to: CHIEF JUDGE JAMES T. GILES | Jury Demand: Both |
| Cause: 28:1332 Diversity-Declaratory Judgement | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**YAN THOU**
*INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATES OF OEURN MAM, DECEASED AND NAVY YAN, DECEASED*

represented by **JONATHAN M. COHEN**
KLINE & SPECTER
1525 LOCUST STREET
THE NINETEENTH FLOOR
PHILADELPHIA, PA 19102
215-772-1000
Email: jonathan.cohen@klinespecter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 7/19/05
ATTEST: Christine Demnianyk
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Plaintiff**

**CHAN YAN**

represented by **JONATHAN M. COHEN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**THUA SON**

RECEIVED
JUL 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

represented by **JONATHAN M. COHEN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CHIEU THI HUYNH**

05-513

represented by **JONATHAN M. COHEN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BAY THI NGUYEN**

represented by **JONATHAN M. COHEN**
(See above for address)
*LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

**Plaintiff**
UNCHALEE VONG                    represented by **JONATHAN M. COHEN**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**
DONKEO PHRAVICHIT                represented by **JONATHAN M. COHEN**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**
KUSTI LEMAN                      represented by **JONATHAN M. COHEN**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**
TJAJAH CHANDRA                   represented by **JONATHAN M. COHEN**
*AS MOTHER AND LEGAL*                            (See above for address)
*GUARDIAN OF LANI CHANDRA*                       *LEAD ATTORNEY*
*AND LANI CHANDRA, IN HER*                       *ATTORNEY TO BE NOTICED*
*OWN RIGHT*

**Plaintiff**
ZAIR SHAH                        represented by **JONATHAN M. COHEN**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**
KHAN GUL                         represented by **JONATHAN M. COHEN**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**
SALIM KHAN                       represented by **JONATHAN M. COHEN**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**MOHAMMED SARDAR KHAN**
*AS CO-ADMINISTRATORS OF THE*
*ESTATE OF MOHAMMED AZIM*

represented by **JONATHAN M. COHEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SOLY CHAN**
*AS ADMINISTRATOR OF THE*
*ESTATE OF LANG KEHM,*
*DECEASED, a/k/a LANG CHHAY*

represented by **JONATHAN M. COHEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**THORN BUN KHEM**
*AS ADMINISTRATOR OF THE*
*ESTATE OF LAM KHEM,*
*DECEASED*

represented by **JONATHAN M. COHEN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MALY YAN**

represented by **JONATHAN M. COHEN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PACK & PROCESS, INC.**

represented by **JAMES B. BURNS**
DEASEY, MAHONEY & BENDER, LTD.
1800 J.F.K. BLVD.
SUITE 1300
PHILADELPHIA, PA 19103
215-587-9400
Fax: 215-587-9456
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ST. PAUL MERCURY INSURANCE COMPANY**

represented by **JAMES B. BURNS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2005 | 1 | COMPLAINT against PACK & PROCESS, INC., ST. PAUL MERCURY INSURANCE COMPANY ( Filing fee $ 250 receipt |

|  |  |  |
|---|---|---|
|  |  | number 913973), filed by BAY THI NGUYEN, UNCHALEE VONG, DONKEO PHRAVICHIT, KUSTI LEMAN, TJAJAH CHANDRA, ZAIR SHAH, KHAN GUL, SALIM KHAN, MOHAMMED SARDAR KHAN, SOLY CHAN, THORN BUN KHEM, YAN THOU, MALY YAN, CHAN YAN, THUA SON, CHIEU THI HUYNH.(ti, ) Additional attachment(s) added on 3/22/2005 (cdd, ). (Entered: 02/24/2005) |
| 02/23/2005 |  | Two Original Summons Issued as to PACK & PROCESS, INC., ST. PAUL MERCURY INSURANCE COMPANY. Forwarded To: Counsel on 2/24/05 (ti, ) (Entered: 02/24/2005) |
| 02/23/2005 |  | DEMAND for Trial by Jury by BAY THI NGUYEN, UNCHALEE VONG, DONKEO PHRAVICHIT, KUSTI LEMAN, TJAJAH CHANDRA, ZAIR SHAH, KHAN GUL, SALIM KHAN, MOHAMMED SARDAR KHAN, SOLY CHAN, THORN BUN KHEM, YAN THOU, MALY YAN, CHAN YAN, THUA SON, CHIEU THI HUYNH. (ti, ) (Entered: 02/24/2005) |
| 02/23/2005 |  | ***Set/Clear Flags Set Flag Standard Case Management Track (ti, ) (Entered: 02/24/2005) |
| 03/17/2005 | 2 | DEFTS' MOTION TO DISMISS OR IN THE ALTERNATIVE TRANSFER TO U.S. DISTRICT COURT, DISTRICT OF DELAWARE FILED BY PACK & PROCESS, INC., ST. PAUL MERCURY INSURANCE COMPANY.BRIEF, CERTIFICATE OF SERVICE. (Attachments: # 1 Order# 2 Certificate of Service)(pr, ) (Entered: 03/18/2005) |
| 03/24/2005 | 3 | ORDER THAT A PRETRIAL CONFERENCE IN THE ABOVE CAPTIONED MATTER SHALL BE HELD ON 5/3/05 AT 4:00 P.M.; ETC. . SIGNED BY JUDGE JAMES T. GILES ON 3/24/05. 3/25/05 ENTERED AND COPIES MAILED AND FAXED BY CHAMBERS.(jl, ) (Entered: 03/25/2005) |
| 03/30/2005 | 4 | RESPONSE to Motion re 2 MOTION to Dismiss MOTION to Transfer MOTION to Dismiss MOTION to Transfer filed by YAN THOU, Brief, Certificate of Service. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7) (COHEN, JONATHAN) Modified on 3/31/2005 (np). (Entered: 03/30/2005) |
| 03/30/2005 | 5 | CERTIFICATE OF SERVICE by MALY YAN re 4 Response to Motion *On Defendants* (COHEN, JONATHAN) (Entered: 03/30/2005) |
| 03/30/2005 | 6 | AMENDED COMPLAINT against PACK & PROCESS, INC., ST. PAUL MERCURY INSURANCE COMPANY , filed by BAY THI NGUYEN, UNCHALEE VONG, DONKEO PHRAVICHIT, KUSTI LEMAN, TJAJAH CHANDRA, ZAIR SHAH, KHAN GUL, SALIM KHAN, MOHAMMED SARDAR KHAN, SOLY CHAN, THORN BUN KHEM, YAN THOU, MALY YAN, CHAN YAN, THUA SON, CHIEU THI HUYNH, with JURY DEMAND.(afm, ) (Entered: |

| | | |
|---|---|---|
| | | 03/31/2005) |
| 03/30/2005 | 🌙 | 2 Summons Issued as to amended complaint as to PACK & PROCESS, INC., ST. PAUL MERCURY INSURANCE COMPANY. Forwarded To: counsel on 3/31/05 (afm, ) (Entered: 03/31/2005) |
| 04/01/2005 | 🌙7 | MOTION For Oral Argument re 2 MOTION to Dismiss MOTION to Transfer MOTION to Dismiss MOTION to Transfer filed by YAN THOU.Certificate of Service. (Attachments: # 1)(COHEN, JONATHAN) (Entered: 04/01/2005) |
| 04/11/2005 | 🌙8 | SECOND MOTION FILED BY PACK & PROCESS, INC., ST. PAUL MERCURY INSURANCE COMPANY TO DISMISS ACTION OR IN THE ALTERNATIVE TO TRANSFER THIS ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE, BRIEF, CERTIFICATE OF SERVICE.(le, ) (Entered: 04/12/2005) |
| 04/18/2005 | 🌙9 | ORDER THAT PLFF'S MOTION FOR ORAL ARGUMENT ON DEFT'S MOTION TO DISMISS PLFF'S COMPLAINT OR IN THE ALTERNATIVE TRANSFER VENUE TO U.S. DISTRICT COURT OF DELAWARE, IS GRANTED, A HEARING SHALL BE HELD ON MAY 3, 2005 AT 4:00PM IN ROOM #17614 U.S. COURTHOUSE. SIGNED BY JUDGE JAMES T. GILES. 4/19/05 ENTERED AND COPIES MAILED, E-MAILED AND FAXED BY CHAMBERS.(sc, ) (Entered: 04/19/2005) |
| 04/22/2005 | 🌙10 | RESPONSE in Opposition re 8 MOTION to Dismiss MOTION to Transfer filed by YAN THOU, Brief, Certificate of Service. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12)(COHEN, JONATHAN) Modified on 4/26/2005 (np). (Entered: 04/22/2005) |
| 05/03/2005 | 🌙11 | WAIVER OF SERVICE Returned Executed by YAN THOU. PACK & PROCESS, INC. waiver sent on 3/25/2004, answer due 5/24/2004. (COHEN, JONATHAN) (Entered: 05/03/2005) |
| 05/03/2005 | 🌙12 | WAIVER OF SERVICE Returned Executed by YAN THOU. ST. PAUL MERCURY INSURANCE COMPANY waiver sent on 3/25/2005, answer due 5/24/2005. (COHEN, JONATHAN) (Entered: 05/03/2005) |
| 05/06/2005 | 🌙13 | Minute Entry for Motion Hearing held on 5/5/05 before Chief Judge JAMES T. GILES re 2 MOTION to Dismiss filed by ST. PAUL MERCURY INSURANCE COMPANY, PACK & PROCESS, INC. Court Reporter: ESR. Counsel for defendants and plaintiffs make statements. Court rules: CAV. (cdd, ) (Entered: 05/09/2005) |
| 05/10/2005 | 14 | ORDER THAT DEFENDANTS' MOTION TO DISMISS IS DENIED, AND THE MOTION TO TRANSFER IS GRANTED, ETC. THE CLERK IS DIRECTED TO TRANSFER THE FILE IN THE ABOVE-CAPTIONED MATTER TO THE CLERK OF THE U.S. |

| | | |
|---|---|---|
| | | DISTRICT COURT FOR THE DISTRICT OF DELAWARE.SIGNED BY JUDGE JAMES T. GILES ON 5/9/05.5/11/05 ENTERED AND COPIES MAILED; COPY FAXED BY CHAMBERS ON 5/9/05. (cdd, ) (Entered: 05/11/2005) |
| 05/10/2005 | | ***Deadlines terminated., ***Documents terminated. (cdd, ) (Entered: 05/11/2005) |
| 05/23/2005 | ᴑ15 | TRANSCRIPT of Hearing held on 5/5/05 before Judge Hon. James P. Giles. Court Reporter: ESR. (cdd, ) (Entered: 05/24/2005) |
| 07/19/2005 | ᴑ | Original record together with certified copy of docket entries forwarded to District of Delaware pursuant to Order filed 5/10/05. (cdd, ) (Entered: 07/19/2005) |