

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

YAN THOU, et al.,                              :
                                               :
            Plaintiffs                         :      CIVIL ACTION
                                               :
      v.                                       :      NO. 05-832
                                               :
PACK & PROCESS, INC., et al.                   :
                                               :
            Defendants.                        :

**FILED**

MAR 2 4 2005

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## **ORDER**

      AND NOW, this 24th day of March, 2005, it is hereby ORDERED that a pre-trial

conference in the above-captioned matter shall be held on May 3, 2005 at 4:00 p.m. in Room

#17614, United States Courthouse.


                                        BY THE COURT:


                                        _James T. Giles_
                                        JAMES T. GILES          C.J.

copies by FAX on 3/24/05
to J. B. Burn

05-513

ENTERED

MAR 2 5 2005

CLERK OF COURT

3/25/05 mail
Colon

RECEIVED
JUL 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

********** -COMM. JOURNAL- ****************** DATE MAR-24-2005 ***** TIME 16:17 ********

MODE = MEMORY TRANSMISSION          START=MAR-24 16:16   END=MAR-24 16:17

FILE NO.=447

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL. NO. | PAGES | DURATION |
|---------|-------|----------|----------------------|-------|----------|
| 001 | OK | ☎ | 2155879456 | 002/002 | 00:03:26 |

************************************--        - ***** -        - ********

2:05-cv-00832-JG

JAMES B. BURNS                                    215-587-9456
DEASEY, MAHONEY & BENDER, LTD.
1800 J.F.K. BLVD.
SUITE 1300
PHILADELPHIA PA 19103