IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ST. PAUL MERCURY INSURANCE COMPANY
385 Washington Street
St. Paul, Minnesota,

and

PACK AND PROCESS, INC.,
1400 B Street
Wilmington, DE.

Plaintiffs,

v.

Civil Action No. 05-0022 (KAJ)

MALY YAN
2007 S. Ninth Street
Philadelphia, Pennsylvania,

Defendant.

## AMENDED COMPLAINT FOR DECLARATORY JUDGMENT[1]

Plaintiffs, St. Paul Mercury Insurance Company (hereinafter "St. Paul") and Pack and Process, Inc. ("Pack and Process"), by and through its their counsel, Christie, ____________ , Bifferato, Gentilotti & Biden and Deasey, Mahoney & Bender, Ltd., hereby files this action seeking declaratory relief pursuant to 28 U.S.C. § 2201, and alleges in support thereof the following:

### THE PARTIES

1. Plaintiff, St. Paul, is a corporation organized under the laws of the State of Minnesota, maintaining its principal place of business at 385 Washington Street, St. Paul,

[1] Additions to the original Complaint are underscored while deletions thereto are marked with strikethrough. Additionally, an exhibit not included in the original Complaint has been appended hereto.

was authorized to drive a vehicle nor to transport other" workers on Pack S.: Pi ocessi-In4,?-s: behalf;

d) v,as never expected to drive a vehicle as part of her employment with Pack & Pi ocess r.1-ne; and

was never Na:sled by Pack & Process,- Inc. to drive a vehicle oi to transport .' orkers on its behalf

Hd1-iiferinat--er-r-Euld-be-kef Most of the passengers in the van involved ki: the a. \ccicient noted above were temporary laborers provided to Pack & Piocess, inc nilependent contractor

t4 As a matter of law, at the time of the subject accident, defendant was not the vehicle v,ithin the course and or scope of her employment by and with Pack & ocess,--inc Non was the velnclc being used by defendant in the conduct of Pack &. b SI lleSS

n'wt' issued insurance policy to defendant

16. Liar nti- -St..Paul issued a policy of insurance, Policy No. CK0380070 , to, .':LL t"ocess7 Inc-, with an applicable policy pet lad of May 1, 2001 to May 1. :1clemaftel the "Poticy")

lhe Policy contains cenerai -liability auto and excess umbrella coveiatzc ,mits of SI million per event and $10 million umbrella, for a total of 11IL STI

Attached bet eta as Exhibit -A" is a co y of the most relevant canes ol:11c

19. As resnects thc. general liability nortion of thc Policy. defendant docs not rlu ifv._s on. insure.d or protected person under thc terms of the Policy because, among l:el thintrs, driving the van at the time of the accident was not "work done within the sco rc of [her] cnlplov!ncnt by [Pack and Process]" and because she was not performinrt ' c.i:,i s !At!ted_ tg ch conduct gf Fuck and Process'l business." See Exhibit "A". Form 4:590 Rev. 1-96. at on. 5-6of 22.

Florepver the "Auto" exclusion in the general liability portion of the 1?ol (i xi?ibit "A". Poi 47500 Rev. 1-96. at p. 10 of 22) bars coverage for all cltrllrs ir. rit: tilc ` ndgilyingl i)rt AetiOns and aris!ng_out of the Accident because the Doi does not cover bodily injury, property damage, or medical expenses that result uin the ownership maintenance, use, or operation of any auto owned, operated, rented, [ea sl or k2orrowed by anyo oiected person.

21 -Is espects the auto coverage contained in the Policy. Tthe vehicle being !! .' v.. b\ DiLcfcn 'a?=t at he time of the accident :u as not a "covered auto" as the term is ia, t_i t Policy (Exhibit "Al Form 4449 Rev. 12-9 i, at pp. 2 and 4 of 10;.

as Moreover. uncler thc let ins of the auto portion of thc Policy. Ddefendant is not a "permitted use'" of a "protected person" as those term is used in the suhiec-t Policy, so as to give Ilse to a coverage obligation under the Policy for defendant's liabilities in Under lying Tort Actions. {Sec Exhibit "A". Form 4499 Rev. 12-93. at o. 5 of 10).

23. As res:)ects the umbrella excess portion of the Policy. defendant does not ouali as a --protected person" and therefore has no coverage under that aspect of the l' (See Exhibit "A". Form 47550 Rev. 3-96. at p. 2, 6-7 and 9 of 10).

Therema y be other terms. conditions, orovisions or exclusions of the P rev which bar coverage for claims arising out of the Accident.

Pursuant to the terms and conditions of the Policy, defendant is not an insured, additional insured. nor entitled to benefits of coverage.

22 Plaintiffs seeks a determination by this Court pursuant to 28 U.S.C § sc., that no coverage is available to Ddefendant under the Policy with respect to FlcIffLI qifes liability in the Underlying Tort Actions.

ii tiffs further seeks a determination by this Court pursuant to 28 U.S.C. ) esL, jlqLclefendant was not actin in the course or scope of her emolument the Accident

COUNT I

28 Plaintiffs repeats and re-alleges paragraphs 1 through -1-927 above as though Fully set ford? hereunder

29. For the reasons set forth above, ne-c-ev-erago is due e-fend-ant there is no -cl_cji.ige. ■ Oiible under the Polley, as matter of law, with respect to her-liaer4t-y-m-the the claims asset ted any of the Underlying Tort Actions.

W11E1U:PORE, plaintiffq, St. Paul Mercury Insurance Company and Pack and respectfully requests relief from this Court in the form of a declaration pursuant to 28 U.S.C. 2201, et , that Pplaintiff St. Paul has no obligation under the , to ueTend or pi,Lide rndemniiAy to any parN In connection with the Ac dent or DefenJant-ia the Underlying= Tort Actions. and that Maly Yarn was not acting in the

Case 2:05-cv-00832-JG Document 4-6 Filed 03/30/2005 Page 5 of 5

cc:.j... l;t scope of her DioloyiLnent with Pack and Process at the time of the Accident.

C41-RISTIE-y-PABA-R-U-E-
M-OR-T--E-iNSEN

lewd-Car p cra o t

Thad&-us-J-:--W-ea-v,

(215) 87 1604

At4orneys fo laiti4T-4t. Paul
McK -hiati-afic Gem-pal-ly-

Date-
DatedNlalcli 10, 200
Vli l mi>> _ton, DE

BI.ITER.-ATO, GENTILOTTI BIDEN

Vine- it A. 3iffelato, Si. (#100 57)
tan Jonnor Bifferato (#3273)
Joseph R. Biden, III (#4203)
Joseph K. Koury (#4272)
1.308 Delaware Avenue
P 0 Box 2165
Wilmington, DE 19899
(302) 429-1900

-and-

Fiaocis J. Deasey, Esq.
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA 19103-2978
(215) 587-9400

4tiorneys for Plaimiffi