

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al., <br> Plaintiffs | CIVIL ACTION <br><br> NO.: 05-832 |
| VS. | JURY TRIAL DEMANDED |
| PACK & PROCESS, INC. <br><br> AND <br> ST. PAUL MERCURY INSURANCE COMPANY <br> Defendants | |

## CERTIFICATE OF SERVICE

I, Jonathan M. Cohen, Esquire, counsel for Plaintiffs, hereby certify that I served a copy of Plaintiffs' Response to Defendants' Motion to Dismiss Plaintiffs' Complaint by regular mail on March 31, 2005 to the following:

James B. Burns, Esquire
Deasey, Mahoney & Bender, LTD.
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia, PA 19103

*ECF DOCUMENT*

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the Eastern District of Pennsylvania.

Date Filed: 3/30/05
Michael E. Kunz, Clerk
By: _____, Deputy Clerk

KLINE AND SPECTER, P.C.

05-513

BY:S/Jonathan M. Cohen, Esquire JC93
JONATHAN M. COHEN, ESQUIRE
JOSHUA VAN NAARDEN, ESQUIRE

DATE: 3/31/05

RECEIVED
JUL 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE