## ASSIGNMENT OF RIGHTS

I, Maly Yan, acknowledge that on January 20, 2005, Judge Sandra Moss found me liable for damages in the action of <u>Thou et al. v. Yan</u> Docket No. 030601508, in the total amount of $10,228,467.00 Dollars as a result of my actions surrounding an accident that occurred on June 18, 2001.

It is understood and agreed that Maly Yan hereby assigns to Yan Thou, Individually, and as Administrator of the Estates of Ouern Man and Navy Yan, Chan Thou, Thula Son and Chieu Thi Huynh, her full rights, interest in, entitlement and claims against the St. Paul Company a/k/a St. Paul Travelers, and Pack and Process, Inc., including, without limitation, the right to file and pursue claims against St. Paul and Pack and Process for indemnification, right to insurance coverage, declaratory judgment, contribution, bad faith and/or other remedies that Maly Yan otherwise may have or may obtain arising out of, among other things, St. Paul and Pack and Process' obligations to Maly Yan under its insurance agreements and/or policies of insurance issued by St. Paul and/or any other insurance carrier, and/or St. Paul and Pack and Process' conduct during the negotiations in this legal action, Maly Yan agrees to cooperate with the investigation and pursuit of those claims.

It is further understood and agreed that there are no written or oral understandings or agreements, directly or indirectly, connected with this assignment that are not incorporated herein. This agreement shall be binding upon and inure to the successors, assigns, heirs, executors, administrators, and legal representatives of the respective parties

hereto.

**THE UNDERSIGNED HEREBY DECLARES** that the terms of this assignment have been completely read; and that I have discussed the terms of this assignment with legal counsel of my choice; and that said terms are fully understood and voluntarily accepted for the purpose of making a full and final assignment of rights of any and all claims on account of the injuries and damages above-mentioned.

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal this 2-22-05 day of Feby, 2005.

_____
MALY YAN

219 - 35 - 4892
Social Security Number

Sworn to and subscribed this 22nd day of Feby, 2005.

_____
Notary Public

NOTARIAL SEAL
DEANA M. GILOTTI, Notary Public
City of Philadelphia, Phila County
My Commission Expires January 5, 2008