# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al., <br>     Plaintiffs | CIVIL ACTION <br><br> NO.: 05-832 |
| VS. | JURY TRIAL DEMANDED |
| PACK & PROCESS, INC. <br><br> AND <br> ST. PAUL MERCURY INSURANCE COMPANY <br>     Defendants | |



RECEIVED
JUL 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## PLAINTIFF'S MOTION FOR ORAL ARGUMENT

05-513

NOW COME Plaintiff, Yan Thou, by and through his undersigned counsel, and respectfully requests that the Court schedule oral argument as soon as practicable following the completion of briefing on the following Motion:

- Defendants' St. Paul Mercury Insurance Company and Pack and Process, Inc.'s *Motion to Dismiss Plaintiffs' Complaint or In The Alternative Transfer to U.S. District Court,. District of Delaware* filed on March 18, 2005.

It is respectfully requested that this oral argument be scheduled prior to or at the May 3, 2005 pretrial conference.

*ECF DOCUMENT*

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the Eastern District of Pennsylvania.

Date Filed: 4/1/05
Michael E. Kunz, Clerk
By: _____ Deputy Clerk

Date: April 1, 2005

Respectfully submitted,

**KLINE & SPECTER,**
**A PROFESSIONAL CORPORATION,**

By: **S/JONATHAN M. COHEN- JC593**
**SHANIN SPECTER, ESQUIRE**
**JONATHAN M. COHEN, ESQUIRE**
**JOSHUA VAN NAARDEN, ESQUIRE**
*Attorney for Plaintiffs*
1525 Locust Street
The Nineteenth Floor
Philadelphia, Pennsylvania 19102
(215) 772-1000

## CERTIFICATE OF SERVICE

I, Jonathan M. Cohen, Esquire, counsel for Plaintiffs, hereby certify that I served a copy of Plaintiffs' Motion for Oral Argument by electronic filing and regular mail on April 1, 2005 to the following:

James B. Burns, Esquire
Deasey, Mahoney & Bender, LTD.
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia, PA 19103

**KLINE AND SPECTER, P.C.**

BY:  S/Jonathan M. Cohen, Esquire JC93
     JONATHAN M. COHEN, ESQUIRE
     JOSHUA VAN NAARDEN, ESQUIRE
     *Attorney for Plaintiffs*
     1525 Locust Street
     The Nineteenth Floor
Date: April 1, 2005    Philadelphia, Pennsylvania 19102
     (215) 772-1000