## U.S. District Court
### District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00022-KAJ

St. Paul Mercury v. Yan
Assigned to: Honorable Kent A. Jordan
Demand: $0
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 01/14/2005
Jury Demand: None
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

### Plaintiff

**St. Paul Mercury Insurance Company**

represented by **Joseph R. Biden, III**
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899
(302) 429-1900
Email: bbiden@bgbde.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Kendall Koury**
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899
(302) 429-1900
Email: jkk@bgbde.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thaddeus James Weaver**
Christie, Pabarue, Mortensen & Young
1880 JFK Boulevard
10th Floor
Philadelphia, PA 19103-7424
(215) 587-1600
*TERMINATED: 02/01/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Maly Yan**

represented by **Chase Traver Brockstedt**
Murphy, Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE 19805

https://ecf.ded.uscourts.gov/cgi-bin/DktRpt.pl?851227085687116-L_280_0-1        4/11/2005

(302) 472-8100  
Email: chaseb@msllaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Stephen B. Potter**  
Potter Carmine Leonard & Aaronson, P.A.  
840 North Union Street  
P.O. Box 514  
Wilmington, DE 19899  
(302) 658-8940  
Email: spotter@pcllaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2005 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 137665 (mwm) (Entered: 01/18/2005) |
| 01/14/2005 |  | SUMMONS(ES) issued for Maly Yan (mwm) (Entered: 01/18/2005) |
| 01/26/2005 | 2 | CASE assigned to Judge Kent A. Jordan . Notice to all parties. (rjb) (Entered: 01/26/2005) |
| 02/01/2005 | 3 | SUBSTITUTION OF COUNSEL: **Terminated attorney Thaddeus James Weaver for St. Paul Mercury. Notice of attorney appearance for St. Paul Mercury by Joseph R. Biden III (rwc) (Entered: 02/02/2005) |
| 02/02/2005 |  | SUMMONS issued for Maly Yan (rwc) (Entered: 02/02/2005) |
| 02/02/2005 | 4 | RETURN OF SERVICE executed as to Maly Yan 2/2/05; Answer due on 2/22/05 for Maly Yan (rwc) (Entered: 02/03/2005) |
| 02/04/2005 | 5 | MOTION by St. Paul Mercury for Francis J. Deasey, Esq. to Appear Pro Hac Vice re: [5-1] motion (rwc) (Entered: 02/04/2005) |
| 02/07/2005 |  | So Ordered granting [5-1] motion for Francis J. Deasey, Esq. to Appear Pro Hac Vice ( signed by Judge Kent A. Jordan ) Notice to all parties. (rwc) (Entered: 02/07/2005) |
| 02/10/2005 | 6 | RETURN OF SERVICE executed as to Maly Yan 2/5/05; Answer due on 2/25/05 for Maly Yan (ntl) (Entered: 02/11/2005) |
| 02/22/2005 | 7 | MOTION to Dismiss - filed by Maly Yan. (rwc, ) (Entered: 02/23/2005) |
| 03/01/2005 | 8 | STIPULATION Stipulated Briefing Schedule by St. Paul Mercury Insurance Company. (Attachments: # 1 Certificate of Service)(Koury, Joseph) (Entered: 03/01/2005) |
| 03/02/2005 |  | SO ORDERED, re 8 Stipulation filed by St. Paul Mercury Insurance Company,, Set Briefing Schedule: re[7] MOTION to Dismiss. Answering |

| | | |
|---|---|---|
| | | Brief due 3/18/2005. Reply Brief due 4/1/2005. Signed by Judge Kent A. Jordan on 3/2/05. (rwc, ) (Entered: 03/02/2005) |
| 03/16/2005 | 9 | AMENDED COMPLAINT *for Declaratory Judgment* against Maly Yan - filed by St. Paul Mercury Insurance Company. (Attachments: # 1 Exhibit A Part 1 of 2# 2 Exhibit A Part 2 of 2)(Koury, Joseph) (Entered: 03/16/2005) |
| 03/17/2005 | 10 | MEMORANDUM in Opposition *Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss [DI#7]* filed by St. Paul Mercury Insurance Company. Reply Brief due date per Local Rules is 3/24/2005. (Attachments: # 1 Exhibit A Part 1 of 2# 2 Exhibit A Part 2 of 2# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I# 11 Exhibit J Part 1 of 2# 12 Exhibit J Part 2 of 2# 13 Exhibit K# 14 Exhibit L# 15 Errata M# 16 Appendix Certificate of Service)(Koury, Joseph) Modified on 3/18/2005 (rwc, ). (Entered: 03/17/2005) |
| 03/17/2005 | 11 | MOTION to Enjoin *Plaintiff's Motion for Order Enjoining Later-Filed Action Filed in the Eastern District of Pennsylvania* - filed by St. Paul Mercury Insurance Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C Part 1 of 2# 4 Exhibit C Part 2 of 2# 5 Exhibit D# 6 Text of Proposed Order # 7 Appendix Certificate of Service)(Koury, Joseph) (Entered: 03/17/2005) |
| 03/18/2005 | | CORRECTING ENTRY: Memorandum of Opposition [DI#10] was not linked to Motion to Dismiss [DI#7]. Link established. (rwc, ) (Entered: 03/18/2005) |
| 03/23/2005 | 12 | NOTICE OF SERVICE of Amended Complaint for Declaratory Judgment by St. Paul Mercury Insurance Company.(Koury, Joseph) (Entered: 03/23/2005) |
| 03/28/2005 | 13 | REQUEST for Oral Argument by St. Paul Mercury Insurance Company. (Attachments: # 1 Appendix Certificate of service)(Koury, Joseph) (Entered: 03/28/2005) |
| 03/28/2005 | 14 | NOTICE of Appearance by Chase Traver Brockstedt on behalf of Maly Yan (Brockstedt, Chase) (Entered: 03/28/2005) |
| 03/28/2005 | 15 | ANSWER to Amended Complaint *and Motion to Dismiss* by Maly Yan. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit)(Brockstedt, Chase) FILING ERROR: document should have been filed as a Motion - to be re-filed using correct event code). Modified on 3/29/2005 (rwc, ). (Entered: 03/28/2005) |
| 03/28/2005 | | CORRECTING ENTRY: FILING ERROR Re: DI#15: document should have been filed as a Motion - to be re-filed using correct event code). (rwc, ) (Entered: 03/29/2005) |
| 03/29/2005 | 16 | MOTION to Dismiss Based upon Plaintiff's Failure to Join Indispensable Parties - filed by Maly Yan. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit)(Brockstedt, Chase) (Entered: 03/29/2005) |

| | | |
|---|---|---|
| 03/29/2005 | 17 | MOTION for Pro Hac Vice Appearance of Attorney Jonathan M. Cohen & Joshua Van Naarden - filed by Maly Yan. (Brockstedt, Chase) (Entered: 03/29/2005) |
| 03/29/2005 | | SO ORDERED, re 17 MOTION for Pro Hac Vice Appearance of Attorney Jonathan M. Cohen & Joshua Van Naarden filed by Maly Yan. Signed by Judge Kent A. Jordan on 3/29/05. (rwc, ) (Entered: 03/29/2005) |
| 03/31/2005 | 18 | Letter to The Honorable Kent A. Jordan from Joseph K. Koury regarding Status of Briefing. (Koury, Joseph) (Entered: 03/31/2005) |
| 03/31/2005 | 19 | RESPONSE to Motion re 11 MOTION to Enjoin *Plaintiff's Motion for Order Enjoining Later-Filed Action Filed in the Eastern District of Pennsylvania* filed by Maly Yan. (Attachments: # 1 Text of Proposed Order # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit)(Brockstedt, Chase) (Entered: 03/31/2005) |
| 03/31/2005 | 20 | MEMORANDUM in Opposition re 10 Memorandum in Opposition,, *Defendant Yan's Response to Plaintiffs' Memorandum of Law in Opposition to Defendant Maly Yan's Motion to Dismiss* filed by Maly Yan.Reply Brief due date per Local Rules is 4/7/2005. (Attachments: # 1 Text of Proposed Order # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit)(Brockstedt, Chase) (Entered: 03/31/2005) |
| 04/08/2005 | 21 | Letter REPLY BRIEF re 11 MOTION to Enjoin *Plaintiff's Motion for Order Enjoining Later-Filed Action Filed in the Eastern District of Pennsylvania Plaintiff's Reply Brief in Further Support of Their Motion to Enjoin the Later-Filed Action for Declaratory Judgment Filed in the Eastern District of Pennsylvania* filed by St. Paul Mercury Insurance Company. (Koury, Joseph) (Entered: 04/08/2005) |
| 04/08/2005 | 22 | MOTION for Leave to File *Plaintiff's Motion for Leave to File Sur-Reply in Further Response to Defendant's Motion to Dismiss* - filed by St. Paul Mercury Insurance Company. (Attachments: # 1 Exhibit # 2 Text of Proposed Order # 3 Certificate of Service)(Koury, Joseph) (Entered: 04/08/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/11/2005 12:49:23 | | | |
| PACER Login: | dm0242 | Client Code: | 350.21939 |
| Description: | Docket Report | Search Criteria: | 1:05-cv-00022-KAJ Start date: 1/1/1970 End date: 4/11/2005 |
| Billable Pages: | 3 | Cost: | 0.24 |