## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased, et. al, <br> Plaintiffs <br> v. <br><br> PACK & PROCESS, INC. <br><br> AND <br><br> ST. PAUL MERCURY INSURANCE COMPANY, <br> Defendants | CIVIL ACTION <br><br> NO.: 05-832 |



JURY TRIAL DEMANDED

### O R D E R

**AND NOW**, this         day of                      , 2005, upon consideration of the second motion of defendants, Pack and Process, Inc. and St. Paul Mercury Insurance Company to dismiss this action, or in the alternative, to transfer this action to the United States District Court for the District of Delaware, **IT IS HEREBY ORDERED** that defendants' motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is dismissed, with prejudice.

_____
J