IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

YAN THOU, et al.,                 :
                                  :
      Plaintiffs                  :   CIVIL ACTION
                                  :
v.                                :   NO. 05-832
                                  :
PACK & PROCESS, INC., et al.      :
                                  :
      Defendants.                 :

**ORDER**



FILED
APR 1 8 2005
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

AND NOW, this 18th day of April, 2005, it is hereby ORDERED that Plaintiff's Motion for Oral Argument on Defendant's Motion to Dismiss Plaintiff's Complaint or in the Alternative Transfer Venue to U.S. District Court, District of Delaware, is GRANTED. A hearing in the above-captioned matter shall be held on May 3, 2005 at 4:00 p.m. in Room #17614, United States Courthouse.

BY THE COURT:

_James T. Giles_
JAMES T. GILES           C.J.

copies by FAX on 4/18/05
to J. B. Burr

4.19.05
D. M. Cohen

05-513



RECEIVED
JUL 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

```
*********** -COMM. JOURNAL- *************** DATE APR-18-2005 ***** TIME 15:19 ********

        MODE = MEMORY TRANSMISSION          START=APR-18 15:18    END=APR-18 15:19
        FILE NO.=642
STN NO.   COMM.   ABER NO.    STATION NAME/TEL NO.    PAGES    DURATION
 001       OK       &         2155879456              002/002  00:00:27
```

\***************************** —         — **** —         — *********

2:05-cv-00832-JG

JAMES B. BURNS  
DEASEY, MAHONEY & BENDER, LTD.  
1800 J.F.K. BLVD.  
SUITE 1300  
PHILADELPHIA PA 19103

215-587-9456

## Other Orders/Judgments
2:05-cv-00832-JG THOU et al v. PACK & PROCESS, INC. et al

**United States District Court**

**Eastern District of Pennsylvania**

Notice of Electronic Filing

The following transaction was received from sc, entered on 4/19/2005 at 11:42 AM EDT and filed on 4/18/2005

**Case Name:**         THOU et al v. PACK & PROCESS, INC. et al
**Case Number:**       2:05-cv-832
**Filer:**
**Document Number:** 9

**Docket Text:**
ORDER THAT PLFF'S MOTION FOR ORAL ARGUMENT ON DEFT'S MOTION TO DISMISS PLFF'S COMPLAINT OR IN THE ALTERNATIVE TRANSFER VENUE TO U.S. DISTRICT COURT OF DELAWARE, IS GRANTED, A HEARING SHALL BE HELD ON MAY 3, 2005 AT 4:00PM IN ROOM #17614 U.S. COURTHOUSE. SIGNED BY JUDGE JAMES T. GILES. 4/19/05 ENTERED AND COPIES MAILED, E-MAILED AND FAXED BY CHAMBERS.(sc, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=4/19/2005] [FileNumber=1380995-0
] [6b20c9d255e808db2799c6230f5a377bf585ad9ce9b79e84d8e16ac498fa6a5a1b2
0bbce8cf3222f2eeee2ee41061599294 57b73404af2f03cf080a22125424b]]

**2:05-cv-832 Notice will be electronically mailed to:**

JONATHAN M. COHEN    jonathan.cohen@klinespecter.com

**2:05-cv-832 Notice will be delivered by other means to:**

JAMES B. BURNS
DEASEY, MAHONEY & BENDER, LTD.
1800 J.F.K. BLVD.
SUITE 1300
PHILADELPHIA, PA 19103