IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al., | : : : : | CIVIL ACTION<br><br>NO.: 05-832 |
| Plaintiffs | : : | |
| VS. | : | JURY TRIAL DEMANDED |
| | :", ,, | ECF |
| PACK & PROCESS, INC. | : | DOCUMENT |
| AND<br>ST. PAUL MERCURY INSURANCE COMPANY | : : : : | I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the Eastern District of Pennsylvania. |
| Defendants | : : | Date Filed: 4/22/05<br>Michael E. Kunz, Clerk<br>By _____ Deputy Clerk |

**PLAINTIFFS' RESPONSE TO DEFENDANTS ST. PAUL MERCURY INSURANCE COMPANY AND PACK AND PROCESS, INC. SECOND MOTION TO DISMISS**

Plaintiffs, by and through their counsel, Shanin Specter, Esquire, Jonathan M. Cohen, Esquire and Joshua Van Naarden, Esquire of Kline & Specter, P.C., Robert S. Miller, Esquire of Wapner Newman Wigrizer & Brecher, Warren I. Siegel, Esquire of Bernhardt & Rothermel, P.C., Richard Costigan, Esquire of Costigan & Costigan and Steve Dranoff, Equire of Dranoff-Perstein Associates hereby files this response to Defendants St. Paul Mercury Insurance Company ("St. Paul") and Pack and Process, Inc. ("Pack and Process") Second Motion to Dismiss and in support thereof aver the following:

05-513

1-2.  Denied. St. Paul's Declaratory Judgment Complaint, filed on January 14, 2005, in the United States District of Delaware, and St. Paul's Amended Complaint filed on March 16, 2005, are both in writing and speaks for themselves. See St. Paul's Declaratory Judgment

RECEIVED
JUL 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Complaint and Amended Complaint attached as Exhibit "E."

3-4. Denied. Plaintiffs' Indemnification and Declaratory Judgment Complaint, filed February 23, 2005, and St. Pauls' Motion to Dismiss, filed March 17, 2003, are both in writing and speaks for itself. See Plaintiffs' Indemnification and Declaratory Judgment Complaint attached hereto as Exhibit "A."

5. Denied. Plaintiffs' Amended Complaint filed on March 30, 2005, is a writing and speaks for itself. See Plaintiffs' Amended Complaint attached hereto as Exhibit "B."

6. Denied. It is specifically denied that this action should be dismissed pursuant to the First-Filed Rule. The seminal case in this Circuit is E.E.O.C. v. University of Pennsylvania, 850 F.2d 969 (3rd Cir. 1988). The Third Circuit held that the first-filed rule is applicable to "proceedings involving the same parties and the same issues already before another district court." Id. at 971. In this case, the parties and issues differ from the parties and issues in the Delaware action, thereby precluding application of the first-to-file rule. Furthermore, St. Paul only filed their Delaware action in anticipation of Plaintiffs filing suit in Pennsylvania after Plaintiffs' counsel discussed their intention to file a Declaratory Judgment action in Pennsylvania. See Amended Affidavit of Jonathan M. Cohen attorney for Plaintiffs attached hereto as Exhibit "C." As the Third Circuit recognized in EEOC, "bad faith" and "institut[ing] suit in one forum in anticipation of the opposing party's imminent suit in another, less favorable, forum" has long been a basis upon which Courts will decline to apply the first-filed rule. Id. at 976.

7-9. No response is required.

10. In support of this Response, Plaintiffs incorporate by reference the attached brief.

Respectfully submitted,

**KLINE & SPECTER,**
**A PROFESSIONAL CORPORATION,**

Date:

By: <u>S/JONATHAN M. COHEN- JC593</u>
**SHANIN SPECTER, ESQUIRE**
**JONATHAN M. COHEN, ESQUIRE**
**JOSHUA VAN NAARDEN, ESQUIRE**
**1525 Locust Street, The Nineteenth Floor**
**Philadelphia, Pennsylvania 19102**
**(215) 772-1000**
**Attorneys for Plaintiffs,** Yan Thou, Individually and as Administrator of the estates of Ouern Mam, deceased and Navy Yan, deceased, Chan Yan, Thuha Son, Chieu Thi Huynh

<u>S/ROBERT S. MILLER</u>
Robert S. Miller, Esquire
**WAPNER NEWMAN WIGRIZER & BRECHER**
Attorney for Uchalee Vong, and Donkeo Phravichit

<u>S/WARREN I. SIEGEL</u>
Warren I. Siegel, Esquire
**BERNHARDT & ROTHERMEL, PC**
Attorney for Kusti Leman, Tjajah Chandra and Lani Chandra

<u>S/RICHARD COSTIGAN</u>
Richard Costigan, Esquire
**COSTIGAN & COSTIGAN**
Attorney for Zair Shah, Khan Gul, Salim Khan, Mohammad Kan

<u>STEVEN DRANOFF</u>
Steven Dranoff, Esquire
**DRANOFF-PERSTEIN ASSOCIATES**

3

Attorney for Soly Chan and Thorn Bum Khem

4

Case 1:05-cv-00513-MPT   Document 16-22   Filed 07/21/2005   Page 4 of 4

Case 2:05-cv-00832-JG   Document 10-1   Filed 04/22/2005   Page 4 of 4

Attorney for Soly Chan and Thorn Bum Khem