IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al., | : : : : | CIVIL ACTION |
| Plaintiffs | : : | NO.: 05-832 |
| VS. | : : | JURY TRIAL DEMANDED |
| PACK & PROCESS, INC. | : : : | |
| AND ST. PAUL MERCURY INSURANCE COMPANY | : : : | |
| Defendants | : | |

### CERTIFICATE OF SERVICE

I, Jonathan M. Cohen, Esquire, counsel for Plaintiffs, hereby certify that I served a copy of Plaintiffs' Response to Defendants' Second Motion to Dismiss Plaintiffs' Complaint by regular mail on April 22, 2005 to the following:

James B. Burns, Esquire
Deasey, Mahoney & Bender, LTD.
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia, PA 19103

Robert S. Miller, Esquire
*WAPNER NEWMAN WIGRIZER & BRECHER*
Attorney for Uchalee Vong, and Donkeo Phravichit

Warren I. Siegel, Esquire
*BERNHARDT & ROTHERMEL, PC*
Attorney for Kusti Leman, Tjajah Chandra and Lani Chandra


Richard Costigan, Esquire

*COSTIGAN & COSTIGAN*
Attorney for Zair Shah, Khan Gul, Salim Khan, Mohammad Kan

Steven Dranoff, Esquire
*DRANOFF-PERSTEIN ASSOCIATES*
Attorney for Soly Chan and Thorn Bum Khem

                                    **KLINE AND SPECTER, P.C.**

                                    BY: <u>S/Jonathan M. Cohen, Esquire JC93</u>
                                          JONATHAN M. COHEN, ESQUIRE
                                          JOSHUA VAN NAARDEN, ESQUIRE

DATE: