## WAIVER OF SERVICE OF SUMMONS

TO:  Jonathan M. Cohen, Esquire
Joshua Van Naarden, Esquire
Kline & Specter
A Professional Corporation
1525 Locust Street
Nineteenth Floor
Philadelphia, PA 19102

*ECF DOCUMENT*

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the Eastern District of Pennsylvania.

Date Filed: 5/3/05
Michael E. Kunz, Clerk
By: Christine Dennmanyk, Deputy Clerk

I, JOHN LEER, acknowledge receipt of your request that I waive service of summons in the action of Yan Thou as Administrator of the Estates of Oeurn Mam, deceased and Navy Yan, deceased, et al vs Pack and Process, Inc., et al which is Civil Action No. 05-832 in the United States District Court for the Eastern District of Pennsylvania.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after February 28, 2005 or within 90 days after that date if the request was sent outside the United States.

3/25/2005
Dated

Signature

Printed/Typed Name: JOHN D. LEER

As SR TECH SPEC of ST PAUL MERCURY
(Title)           (Corporate Defendant)



RECEIVED
JUL 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05-513