

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

13

| | |
|---|---|
| FRANK HAUSER/ESR<br>Court Reporter | MARGARET GALLAGHER<br>Deputy Clerk |
| YAN THOU, ET AL | Jonathan M. Cohen, Esq. |
| vs. | CV NO. 05-832 |
| PACK & PROCESS, INC. | James B. Burns, Esq. |



FILED
MAY - 6 2005
MICHAEL E. KUNZ, Clerk
By C.T.  Dep. Clerk

**MINUTE SHEET**

BEFORE CHIEF JUDGE JAMES T. GILES   DATE 5/5/2005   TIME 2:00 P.M.

HEARING

**PROCEEDING**

Defendant's motion to dismiss

James B. Burns, Esq., Atty. for defendants makes statements
Frank Dici, Esq., Atty. for defendants makes statements.
Jonathan M. Cohen, Esq., Atty. for plaintiffs makes statements.
Steven D'Canoff, Esq., Atty. for plaintiffs makes statements.
Richard Constangna, Esq., Atty. for plaintiffs makes statements.

05-513

Court Rules: CAV

JUL 2 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Court adjourned at 2:30 P.M.   To reconvene __

IN CRIMINAL PROCEEDINGS, EXCLUDABLE DELAY CODES MUST BE INSERTED BELOW IF APPLICABLE, WITH THE EXPLICIT REASON FOR SUCH DELAY STATED HEREON.
   SPEEDY TRIAL ACT DELAY CODE( )   [ ] The Court deems this case "UNTRIABLE"

**TOTAL TIME IN COURT : 30 minutes**
rev. 5/2003