JG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

YAN THOU, et al.,

    Plaintiffs

v.

PACK & PROCESS, INC., et al.

    Defendants.

CIVIL ACTION

NO. 05-832

## ORDER

AND NOW, this 9th day of May, 2005, upon consideration of defendants' Motion to Dismiss, or in the Alternative, to Transfer this Action to the United States District Court for the District of Delaware, the responses thereto, and oral argument, it is hereby ORDERED that the motion to dismiss is DENIED, and the motion to transfer is GRANTED, pursuant to 28 U.S.C. § 1404(a).

The insurance policy in question was issued in Delaware, the accident occurred in Delaware, and the employer insured is situated in Delaware. All pertinent factual issues regarding coverage will have to be determined in accordance with Delaware law. All of the plaintiffs in the above matter have a common interest in participating in the Delaware federal action to make claims, even if competing claims, against the insured's insurance policy. The Pennsylvania judgment against the driver of the accident vehicle may not be issue preclusive against the employer, either in this action or in the Delaware action.

The Clerk is directed to TRANSFER the file in the above-captioned matter to the Clerk of the United States District Court for the District of Delaware.

05-513

BY THE COURT:

JAMES T. GILES     C.J.

```
*********** -COMM. JOURNAL- ***************  DATE MAY-09-2005 *****  TIME 14:56 ********

         MODE = MEMORY TRANSMISSION          START=MAY-09 14:55    END=MAY-09 14:56
            FILE NO.=799
  STN NO.   COMM.   ABBR NO.   STATION NAME/TEL NO.   PAGES    DURATION
   001       OK       &        2155879456             002/002  00:00:33
```

*******************************  -       - ****  -              - ********

                              2:05-cv-00832-JG
JAMES B. BURNS                                      215-587-9456
DEASEY, MAHONEY & BENDER, LTD.
1800 J.F.K. BLVD,
SUITE 1300
PHILADELPHIA PA 19103