IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YAN THOU, *Individually and as Administrator of the Estates of Oeurn Mam, Deceased* and *Navy Yan, Deceased*, Chan Yan, Thua Son, Chieu Thi Huynh, Bay Thi Nguyen, Unchalee Vong, Donkeo Phravichit, Kusti Leman, Tjajah Chandra, *as Mother and Legal Guardian of Lani Chandra and Lani Chandra in Her Own Right*, Zair Shah, Khan Gul, Salim Khan, Mohammed Sardar Khan, *as Co-Administrators of the Estate of Mohammed Azim*, Soly Chan, *as Administrator of the Estate of Lang Khem, Deceased; also known as* Lang Chay, Thorn Bun Khem, *as Administrator of the Estate of Lam Khem, Deceased*, and Maly Yan,<br><br>      Plaintiffs,<br><br>v.<br><br>PACK & PROCESS, INC., and ST. PAUL MERCURY INSURANCE COMPANY,<br><br>      Defendants. | Civil Action No. 05-513 (SLR)<br><br>Jury of Twelve Demanded |

### ENTRY OF APPEARANCE

PLEASE HEREBY ENTER THE APPEARANCE of Bifferato, Gentilotti & Biden and Deasey, Mahoney and Bender, Ltd. as counsel for the Plaintiffs, St. Paul Mercury Insurance Company and Pack & Process, Inc.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Pack & Process, Inc. and St. Paul Mercury Insurance Company's rights

(i) to have final orders in non-core matters entered only after <u>de novo</u> review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, claims, actions, setoffs, or recoupments to which Pack & Process, Inc. and St. Paul Mercury Insurance Company is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Pack & Process, Inc. and St. Paul Mercury Insurance Company expressly reserves.

Dated: August 4, 2005

Ian Connor Bifferato (#3273)
Joseph K. Koury (#4272)
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165
Telephone: (302) 429-1900

-and-

James B. Burns, Esquire
Frank Deasey, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 JFK Boulevard
Suite 1300
Philadelphia, PA
Telephone:   (215) 587-9400
Facsimile:   (215) 587-9456

Attorneys for St. Paul Mercury Insurance Company and Pack & Process, Inc.