## CERTIFICATE OF SERVICE

      I, Ian Connor Bifferato, hereby certify that on this, the 4th day of August, 2005, a copy of the foregoing *Entry of Appearance* was caused to be served in the manner indicated upon the following:

**VIA HAND DELIVERY**
Yvonne Takvorian Saville
Weiss & Saville, P.A.
1220 Market Street
Suite 604
Wilmington, DE 19801

By: _____
Ian Connor Bifferato (#3273)
Joseph K. Koury (#4167)
Bifferato, Gentilotti & Biden
1308 Delaware Ave
P.O. Box 2165
Wilmington, DE 19899-2165