# EXHIBIT A

# Part 1 of 4

COPY

**RENEWAL CERTIFICATE**                                  TheStPaul

Please insert this Renewal Certificate with the
rest of your policy.

---

In return for your premium, your policy is renewed to the date shown on this certificate.

We, us, our and ours mean the insurance company named on the Introduction.

The words you, your and yours mean the insured named here:

PACK & PROCESS, INC.
P.O. BOX 883
NEW CASTLE DE 19720-0883

\*\*\*INSURED NAMES CONTINUED ON BACK\*\*\*

Important. Please refer to your Coverage Summaries that are attached for any changes in your policy. You will also receive the benefit of any changes we've made in our standard policy forms that broaden or extend your coverage without increasing your premium.

Policy Number:   CK03800708

Is Renewed From:   05/01/01

To:   05/01/02

Premium:        $96,100.00

YOUR PREMIUM INCLUDES DEPOSIT
SHOWN ON DELIVERY INVOICE
INCLUDES UMBRELLA EXCESS PREMIUM

This is to certify
that this policy
is an exact copy
of Policy CK03800708
            [signature]
                    Manager

---

Our authorized representative is:

0700372
HARRY DAVID ZUTZ INSURANCE INC
P.O. BOX 2287
WILMINGTON DE 19899

Authorized Representative        Date

Jay S. Fishman
        President

[signature]
        Secretary

Processing Date  05/23/01   10:05   001

40774 Ed. 9-86 Printed in U.S.A.            Renewal Certificate
©St.Paul Fire and Marine Insurance Co. 1986 All Rights Reserved        Page   1

COPY

**COMMERCIAL GENERAL LIABILITY PROTECTION**  
**COVERAGE SUMMARY**

The**StPaul**

This Coverage Summary shows the limits of coverage that apply to your Commercial General Liability Protection. It also lists those endorsements, if any, that must have certain information shown for them to apply.

### Limits Of Coverage

| | | |
|---|---|---|
| General total limit. | $ | 2,000,000 |
| Products and completed work total limit. | $ | 2,000,000 |
| Personal injury each person limit. | $ | 1,000,000 |
| Advertising injury each person limit. | $ | 1,000,000 |
| Each event limit. | $ | 1,000,000 |
| Premises damage limit. | $ | 100,000 |
| Medical expenses limit. | $ | 5,000 |

### Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to apply are named in this table. The required information follows the name of each such endorsement. Other endorsements may apply too. If so, they're listed on the Policy Forms List.

Described Person or Organization Endorsement - Addl Prot Persons
  Person or Organization
    General Mills Operations, Inc.
    One General Mills Boulevard
    Minneapolis, MN 55426

    as respects Premises Liability only.

Landlord Endorsement - Additional Protected Persons
  Landlord
    RREEF AMERICA REIT II CORP.,   a Maryland Corp.
    RREEF MANAGEMENT COMPANY,   a Delaware Corp.

  Description of Premises
    as respects: 3 Boulden Circle, New Castle, Delaware

---

| Name of Insured | Policy Number CK03800708 | Effective Date 05/01/01 |
|---|---|---|
| PACK & PROCESS, INC. | Processing Date 05/23/01  10:05  001 | |

47110 Rev. 1-96 Printed in U.S.A.                   Coverage Summary  
©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved              Page   1

COPY

| | TheStPaul |
|---|---|
| INTERNATIONAL COMMERCIAL GENERAL LIABILITY PROTECTION COVERAGE SUMMARY | |

This Coverage Summary shows the limits of coverage that apply to your International Commercial General Liability Protection. It also lists those endorsements, if any, that must have certain information shown for them to apply.

### Limits Of Coverage

| | |
|---|---|
| General total limit. | $ 2,000,000 |
| Products and completed work total limit. | $ 2,000,000 |
| Personal injury and advertising injury limit. | $ 1,000,000 |
| Each event limit. | $ 1,000,000 |
| *Fire damage limit.* | $ 100,000 |
| *Medical expenses limit.* | $ 5,000 |

### Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to apply are named in this table. The required information follows the name of each such endorsement. Other endorsements may apply. If so, they're listed on the Policy Forms List.

---

| Name of Insured | Policy Number CK03800708 | Effective Date 05/01/01 |
|---|---|---|
| PACK & PROCESS, INC. | Processing Date 05/23/01  10:05  001 | |

47058 Ed.9-90 Printed in U.S.A.         Coverage Summary
©St.Paul Fire and Marine Insurance Co.1990 All Rights Reserved           Page 1 of 2

COMMERCIAL GENERAL LIABILITY PROTECTION                                TheStPaul

This insuring agreement provides general liability protection for your business. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

*Do not attach this form to a policy. It is for informational use only.*

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Bodily injury and property damage liability. | 1 |
| Personal injury liability. | 2 |
| Advertising injury liability. | 3 |
| Medical expenses. | 3 |
| Right and duty to defend a protected person. | 3 |
| Additional payments. | 4 |
| Right to appeal a judgment against a protected person. | 4 |
| **When This Agreement Covers** | 4 |
| Bodily injury and property damage liability. | 4 |
| Personal injury liability. | 4 |
| Advertising injury liability. | 4 |
| Medical expenses. | 4 |
| **Where This Agreement Covers** | 5 |
| **Who Is Protected Under This Agreement** | 5 |
| Individual. | 5 |
| Partnership or joint venture. | 5 |
| Limited liability company. | 5 |
| Corporation or other organization. | 5 |
| Employees and volunteer workers. | 5 |
| Real estate managers. | 7 |
| Landlords. | 7 |
| Equipment lessors. | 7 |
| Operators of registered mobile equipment. | 7 |
| Newly acquired or formed organizations. | 7 |
| Separation of protected persons. | 7 |
| **Limits Of Coverage** | 8 |
| General total limit. | 8 |
| Products and completed work total limit. | 8 |
| Personal injury each person limit. | 9 |
| Advertising injury each person limit. | 9 |
| Each event limit. | 9 |
| How the limits of coverage apply to an extension of the policy period. | 9 |
| How the limits of coverage apply if a total limit is left blank. | 10 |
| **Exclusions - What This Agreement Won't Cover** | 10 |
| Advertising, broadcasting, publishing, or telecasting business. | 10 |
| Aircraft. | 10 |
| Auto. | 10 |
| Breach of contract. | 11 |
| Contract liability. | 11 |
| Control of property. | 13 |
| Damage to your products or completed work. | 13 |
| Deliberately breaking the law. | 14 |
| Employers liability. | 14 |
| Expected or intended bodily injury or property damage. | 14 |
| False material. | 14 |
| Impaired property. | 15 |
| Intellectual property. | 15 |
| Liquor liability. | 15 |
| Material previously made known. | 16 |
| Medical expenses of certain persons. | 16 |
| Mobile equipment. | 16 |
| Nuclear energy liability. | 17 |
| Pollution injury or damage. | 18 |
| Pollution work loss, cost, or expense. | 20 |
| Poor quality or performance. | 20 |
| Product recall. | 20 |
| Unnamed partnership, joint venture, or limited liability company. | 20 |
| Watercraft. | 21 |
| Workers compensation and other benefits laws. | 21 |
| Wrong price description. | 21 |
| **Other Insurance** | 21 |
| Other primary insurance. | 21 |
| Excess insurance. | 21 |
| Methods of sharing. | 22 |

## What This Agreement Covers

**Bodily injury and property damage liability.**
We'll pay amounts any protected person is legally required to pay as damages for covered bodily injury or property damage that:

**The St Paul**

- happens while this agreement is in effect; and
- is caused by an event.

*Protected person* means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons. It includes any of the following that results at any time from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged. For example:

   *One of your employees accidentally causes a fire in your premises. The fire department responds and orders nearby businesses to close for safety reasons while it fights the fire. Your premises is heavily damaged by the fire. But none of the nearby businesses are physically damaged. As a result, we'll consider the period of time those businesses are closed due to your fire to be loss of use of tangible property of others that isn't physically damaged.*

We'll consider all loss of use of:

- damaged tangible property to happen at the time of the physical damage which caused it; and
- undamaged tangible property to happen at the time of the event which caused it.

*Event* means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

*Personal injury liability.* We'll pay amounts any protected person is legally required to pay as damages for covered personal injury that:

- results from your business activities, other than advertising, broadcasting, publishing, or telecasting done by or for you; and
- is caused by a personal injury offense committed while this agreement is in effect.

*Personal injury* means injury, other than bodily injury or advertising injury, that's caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that a person occupies.
- Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies.
- Libel or slander.
- Making known to any person or organization written or spoken material that disparages the products, work, or completed work of others.
- Making known to any person or organization written or spoken material that violates a person's right of privacy.

*Advertising* means attracting the attention of others by any means for the purpose of seeking customers or increasing sales or business.

*Broadcasting* means transmitting any audio material by radio, or transmitting or televising any audio or visual material by television, for any purpose.

*Publishing* means creating and producing any material in an electronic or printed format for distribution or sale to others for any purpose.

But we won't consider creating and producing any of the following material in an electronic or printed format to be publishing:

- Correspondence written in the conduct of your business.
- Material that describes or reports your business activities, including bulletins, financial or annual reports, and newsletters.

*Do not attach this form to a policy. It is for informational use only.*

©St.Paul Fire and Marine Insurance Co. 1996 All Rights Reserved

The St Paul

*Telecasting* means transmitting or televising any audio or visual material by television for any purpose.

**Advertising injury liability.** We'll pay amounts, any protected person is legally required to pay as damages for covered advertising injury that:

- results from the advertising of your products, work, or completed work; and
- is caused by an advertising injury offense committed while this agreement is in effect.

*Advertising injury* means injury, other than bodily injury or personal injury, that's caused by an advertising injury offense.

*Advertising injury offense* means any of the following offenses:

- Libel or slander.
- Making known to any person or organization written or spoken material that disparages the products, work, or completed work of others.
- Making known to any person or organization written or spoken material that violates a person's right of privacy.
- Unauthorized use of any advertising idea, material, slogan, style, or title of others in your advertising.

We explain what we mean by:

- advertising in the Personal injury liability section; and
- your products, your work, and your completed work, in the Products and completed work total limit section.

**Medical expenses.** We'll pay covered medical expenses that result from bodily injury caused by an event which happens while this agreement is in effect, even if the protected person isn't legally required to pay such expenses.

*Medical expenses* means the reasonable expenses incurred by any person or organization for necessary medical services received by a person anytime within one year of the beginning date of an event which causes that person to sustain bodily injury.

*Medical services* includes:

- first aid received at the time of an event;
- ambulance and emergency care services;
- dental, hospital, medical, nursing, surgical, x-ray, and other health care professional services;
- artificial limbs and organs; and
- funeral services.

**Right and duty to defend a protected person.** We'll have the right and duty to defend any protected person against a claim or suit for injury or damage covered by this agreement. We'll have such right and duty even if all of the allegations of the claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any event, offense, claim, or suit to the extent that we believe is proper. We'll also have the right to settle any claim or suit within:

- any applicable deductible; or
- the available limits of coverage.

Our duty to defend protected persons ends when we have used up the limits of coverage that apply with the payment of:

- judgments;
- settlements;
- medical expenses; or
- indemnitee defense expenses assumed under contract.

We explain what we mean by indemnitee defense expenses assumed under contract, and when we'll pay such expenses, in the Contract liability exclusion.

*Claim* means a demand which seeks damages.

*Suit* means a civil proceeding which seeks damages. It includes:

- an arbitration proceeding for such damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

*Injury or damage* means:

- bodily injury, personal injury, or advertising injury; or
- property damage.

*Do not attach this form to a policy. It is for informational use only.*

The St Paul

Do not attach this form to a policy. It is for informational use only.

*Offense* means any:
- personal injury offense; or
- advertising injury offense.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when we:
- investigate or settle the claim or suit; or
- defend the protected person against the claim or suit.

These payments are in addition to the limits of coverage.

Our duty to make additional payments ends when we have used up the limits of coverage that apply with the payment of:
- judgments;
- settlements;
- medical expenses; or
- indemnitee defense expenses assumed under contract.

We explain what we mean by indemnitee defense expenses assumed under contract, and when we'll pay such expenses, in the Contract liability exclusion.

*Our expenses.* We'll pay all expenses we incur.

*Bail bonds.* We'll pay up to $2,500 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which this agreement applies. We don't have to furnish such bonds.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $500 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person in a suit.

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment awarded in a suit for injury or damage covered by this agreement if:
- we defend a protected person against the suit; and
- the judgment is awarded against that protected person.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including postjudgment interest and the cost of appeal bonds. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

**Bodily injury and property damage liability.** We'll apply this agreement to claims or suits for covered bodily injury or property damage whenever they're made or brought.

**Personal injury liability.** We'll apply this agreement to claims or suits for covered personal injury whenever they're made or brought.

**Advertising injury liability.** We'll apply this agreement to claims or suits for covered advertising injury whenever they're made or brought.

**Medical expenses.** We'll apply this agreement to covered medical expenses only when

TheStPaul

*Do not attach this form to a policy. It is for informational use only.*

they're reported to us within one year of the beginning date of the event.

## Where This Agreement Covers

We'll apply, and make payments under, this agreement:

- only in the coverage territory; and
- only for covered injury or damage that's caused by events or offenses which happen or are committed there.

However, we'll also apply, and make payments under, this agreement in the coverage territory for covered injury or damage that's caused by events or offenses which happen or are committed in the rest of the world if:

- the protected person's liability for such injury or damage is determined in a suit on the merits in the coverage territory, or in a settlement agreed to by us; and
- they result from the activities of a person whose home is in the coverage territory, but is away from there for a short time on your business; or
- they result from your products that are made or sold by you in the coverage territory.

For example:

*You manufacture a product in the coverage territory. It is exported to Norway. A few months later a Norwegian citizen is allegedly injured while using that product and, as a result, sues you. If the suit is brought against you in the coverage territory, and it seeks damages for bodily injury covered by this agreement, we'll have the duty to defend you against the suit and pay covered damages awarded in a judgment against you. However, if the suit is brought against you in Norway, or anywhere else outside of the coverage territory, we won't have a duty to defend you there. Also, we won't have a duty to pay a judgment awarded by a court there, even if the judgment is later recognized and enforced by a court in the coverage territory.*

*Coverage territory* means:

- the United States of America, including its territories and possessions;
- Puerto Rico;
- Canada; and
- international waters or airspace only during travel or transportation between any of the above places.

We explain what we mean by your products in the Products and completed work total limit section.

## Who Is Protected Under This Agreement

**Individual.** If you are shown in the Introduction as a named insured and an individual, you and your spouse are protected persons only for the conduct of a business of which you are the sole owner.

**Partnership or joint venture.** If you are shown in the Introduction as a named insured and a partnership or a joint venture, you are a protected person. Your partners or co-venturers, and their spouses, are protected persons only for the conduct of your business.

**Limited liability company.** If you are shown in the Introduction as a named insured and a limited liability company, you are a protected person. Your members are protected persons only for the conduct of your business. And your managers are protected persons only for their duties as your managers.

**Corporation or other organization.** If you are shown in the Introduction as a named insured and a corporation or an other organization, you are a protected person. Your directors and executive officers are protected persons only for the conduct of their duties as your directors or executive officers. And your stockholders are protected persons only for their liability as your stockholders.

*Other organization* means an organization other than a corporation, partnership, joint venture, or limited liability company.

*Executive officer* means any person holding an officer position created by the charter, constitution, or by-laws, or any other similar governing document, of a corporation or other organization.

**Employees and volunteer workers.** Your employees are protected persons only for:

TheStPaul

*Do not attach this form to a policy. It is for informational use only.*

- work done within the scope of their employment by you; or
- their performance of duties related to the conduct of your business.

And your volunteer workers are protected persons only for activities or work they conduct or perform:
- at your direction; and
- within the scope of their duties for you.

However, no employee or volunteer worker is a protected person for bodily injury or personal injury to:
- you;
- any of your partners or co-venturers if you are a partnership or joint venture;
- any of your members or managers if you are a limited liability company;
- any fellow employee;
- any fellow volunteer worker or any of your employees; or
- the spouse or any child, parent, brother, or sister of that employee or volunteer worker if such injury results from the bodily injury or personal injury to the fellow employee or volunteer worker.

Nor is any employee or volunteer worker a protected person for:
- any obligation to share damages with or repay someone else who must pay damages because of such bodily injury or personal injury; or
- bodily injury or personal injury that results from his or her performance of or failure to perform health care professional services.

Also, no employee or volunteer worker is a protected person for property damage to property that's controlled by:
- you;
- any of your partners or co-venturers if you are a partnership or joint venture;
- any of your members or managers if you are a limited liability company;
- that employee or any fellow employee; or
- that volunteer worker, any fellow volunteer worker, or any of your employees.

But we won't apply the exclusions in this Employees and volunteer workers section to:
- bodily injury that results from the providing of or failure to provide first aid by an employee or volunteer worker, other than an employed or volunteer doctor; or
- premises damage.

Nor will we apply this Employees and volunteer workers section to the following protected persons:
- Your managers if you are a limited liability company. Instead, we'll apply the Limited liability company section to them.
- Your executive officers if you are a corporation or an other organization. Instead, we'll apply the Corporation or other organization section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker* means any person who:
- is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
- is performing duties related to the conduct of the hirer's business.

*Volunteer worker* means any person other than:
- an employee; or
- a leased temporary worker.

*Employee leasing firm* means any person or organization who hires out workers to others. It includes any:
- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Leased temporary worker* means a leased worker who is hired to:
- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions.

*Controlled by* means:
- owned, rented, leased, occupied, borrowed, or used by;
- in the care, custody, or control of; or
- being physically controlled for any purpose by.

*Health care professional services* includes:
- any dental, medical, mental, nursing, surgical, x-ray, or other health care

Page 6 of 22
©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

professional service, including any advice, instruction, food, or beverage provided with such service;

- the dispensing of drugs or medical or dental supplies and appliances; and
- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

We explain what we mean by premises damage in the Each event limit section.

**Real estate managers.** Your real estate managers are protected persons only for their management of premises that you own, or rent, lease, or borrow from others. They may be persons or organizations.

But we won't apply this Real estate managers section to your employees. Instead, we'll apply the Employees and volunteer workers section to them.

**Landlords.** Any landlord of a premises rented or leased to you is a protected person only for the ownership, maintenance, or use of the premises while you rent or lease it.

However, no landlord is a protected person for injury or damage that results from any of the following work while being done by or for the landlord:

- Structural changes.
- New construction work.
- Demolition work.

*Landlord* means the owner, lessor, or manager of a premises.

**Equipment lessors.** Any lessor of equipment rented or leased to you is a protected person only for your operation, maintenance, or use of the equipment while you rent or lease it.

However, no equipment lessor is a protected person for injury or damage that results from their sole negligence.

*Lessor* means the owner or lessor.

**Operators of registered mobile equipment.** All operators of registered mobile equipment are protected persons for their driving of such equipment on a public street or road with your permission.

Any person or organization legally responsible for the driving conduct of those operators is also a protected person. But only if there's no other valid and collectible insurance available to cover their liability for the operators.

However, no operator or any other person or organization is a protected person for:

- bodily injury to a fellow employee of the person driving the equipment; or
- property damage to property controlled by you or the employer of an operator who is a protected person.

*Registered mobile equipment* means mobile equipment that's registered in your name under a motor vehicle registration law.

We explain what we mean by:

- controlled by in the Employees and volunteer workers section; and
- mobile equipment in the Mobile equipment exclusion.

**Newly acquired or formed organizations.** Any organization, other than a partnership, joint venture, or limited liability company, that you acquire or form while this agreement is in effect is a protected person if you own more than 50% of it.

However, no newly acquired or formed organization is a protected person for:

- more than 90 days, or the remainder of the time this agreement is in effect, whichever is less, from the date that you acquire or form it, unless we agree that it should continue to be a protected person after the end of that period of time;
- bodily injury or property damage that happened before you acquired or formed it;
- personal injury or advertising injury that results from an offense committed before you acquired or formed it; or
- injury or damage that's covered by other similar general liability insurance.

**Separation of protected persons.** We'll apply this agreement separately to each protected person.

However, the limits of coverage shown in the Coverage Summary are shared by all protected persons. We explain how in the Limits Of Coverage section.

Do not attach this form to a policy. It is for informational use only.

**The St Paul**

*Do not attach this form to a policy. It is for informational use only.*

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

### Limits Of Coverage

The limits shown in the Coverage Summary and the information contained in this section fix the most we'll pay as damages and medical expenses, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**General total limit.** This is the most we'll pay for the combined total of:

- all covered bodily injury and property damage that happens in a policy year;
- all covered personal injury that's caused by all personal injury offenses committed in a policy year;
- all covered advertising injury that's caused by all advertising injury offenses committed in a policy year; and
- all covered medical expenses that result from all events which happen in a policy year.

However, we won't apply this limit to bodily injury or property damage that results from your products or completed work. Instead, we'll apply the products and completed work total limit to such bodily injury or property damage covered by this agreement.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever is less. But when that period is longer than one year, it means each consecutive annual period, and the remaining period if any, that this agreement is in effect, starting with the beginning date of this agreement.

We explain the products and completed work total limit, and what we mean by your products and your completed work, in the Products and completed work total limit section.

**Products and completed work total limit.** This is the most we'll pay for all covered bodily injury and property damage that:

- results from your products and completed work; and
- happens in a policy year.

*Your products* means any of the goods or products that are or were manufactured, sold, handled, distributed, or disposed of by:

- you;
- others using your name; or
- any person or organization whose business or assets you've acquired.

Your products includes:

- all containers, equipment, materials, or parts provided with or for your products;
- any warranty provided with or for your products;
- any statement made, or which should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your products; and
- all warnings, instructions, or directions provided, or which should have been provided, with or for your products.

But we won't consider the following to be your products:

- Goods or products which are still in your physical possession or on a premises that you own, or rent, lease, or borrow from others.
- Real property.
- Containers that are vehicles.
- Property that's rented or leased to others.
- Property that you haven't sold, but which you allow others to use. For example, a vending machine.

*Your completed work* means your work that is completed at the earliest of the following times, including work that may need service, maintenance, correction, repair, or replacement, but which is otherwise complete:

- When all of the work called for in your contract has been completed.
- When all of the work to be done at the work site has been completed, if your contract calls for work at more than one site.
- When that part of the work at the work site has been put to its intended use by any person or organization, other than

*Do not attach this form to a policy. It is for informational use only.*

another contractor or subcontractor working on the same project.

But we won't consider the following to be your completed work:

- Work that hasn't yet been completed or abandoned.
- Uninstalled equipment, abandoned or unused materials, or tools.
- Work done in connection with transporting property.
- Any premises or other real property that you own.
- Any work done to a premises or other real property that you rent or lease from others.
- Any work while on a premises that you own, or rent, lease, or borrow from others.

However, we'll consider a condition created in or on a vehicle in the course of work done in connection with transporting property to be your completed work when:

- the vehicle isn't owned or operated by you;
- the condition is created by the loading or unloading of the vehicle by a protected person; and
- the condition causes bodily injury or property damage.

*Your work* means any:

- work that you're performing or others are performing for you; or
- service that you're providing or others are providing for you.

Your work includes:

- all equipment, materials, or parts provided with or for your work;
- any warranty provided with or for your work;
- any statement made, or which should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your work; and
- all warnings, instructions, or directions provided, or which should have been provided, with or for your work.

We explain what we mean by loading or unloading in the Auto exclusion.

**Personal injury each person limit.** This is the most we'll pay for all covered personal injury that:

- is sustained by any one person or organization; and
- is caused by all personal injury offenses committed in a policy year.

**Advertising injury each person limit.** This is the most we'll pay for all covered advertising injury that:

- is sustained by any one person or organization; and
- is caused by all advertising injury offenses committed in a policy year.

**Each event limit.** This is the most we'll pay for all covered bodily injury, property damage, and medical expenses that result from any one event.

However, the most we'll pay for covered premises damage or medical expenses that result from any one event is further limited by the following:

*Premises damage limit.* This is the most we'll pay for all covered premises damage that's caused by any one event.

*Premises damage* means property damage to premises that you rent, lease, or borrow from others.

*Medical expenses limit.* This is the most we'll pay for all covered medical expenses that:

- are incurred for bodily injury sustained by any one person; and
- result from any one event.

**How the limits of coverage apply to an extension of the policy period.** If the original policy period shown in the Introduction is extended for less than 12 months, we'll consider each extended period to be part of the last policy year. For example:

*Your policy period is for three years. During the last policy year you request a three month extension. We agree. As a result, your last policy year becomes 15 months. It will be subject to the same limits of coverage that applied when the policy year was 12 months.*

The St.Paul

*Do not attach this form to a policy. It is for informational use only.*

**How the limits of coverage apply if a total limit is left blank.** If the amount of the general total limit or the products and completed work total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the each event limit or $200,000, whichever amount is more.

## Exclusions - What This Agreement Won't Cover

**Advertising, broadcasting, publishing, or telecasting business.** We won't cover advertising injury that results from an offense committed by any protected person in the business of advertising, broadcasting, publishing, or telecasting.

**Aircraft.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading; or
- entrustment to others;

of any aircraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to:

- bodily injury or property damage for which the protected person has assumed liability under a covered contract for the ownership, maintenance, or use of an aircraft;
- bodily injury, property damage, or medical expenses that result from the operation of specialized equipment; or
- premises damage.

Nor will we apply this exclusion to bodily injury, property damage, or medical expenses that result from the use of an aircraft chartered by a protected person if:

- the aircraft is chartered with crew, including a pilot; and
- the protected person isn't using the aircraft to carry persons or property for a charge.

We explain what we mean by:

- covered contract in the Contract liability exclusion;
- entrustment to others, and loading or unloading, in the Auto exclusion;
- premises damage in the Each event limit section; and
- specialized equipment in the Mobile equipment exclusion.

**Auto.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading; or
- entrustment to others;

of any auto owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the parking of an auto on a premises, or on the ways next to such premises, if:

- the premises is owned, rented, leased, or borrowed by you; and
- the auto isn't owned, rented, leased, or borrowed by any protected person.

Nor will we apply this exclusion to:

- bodily injury, property damage, or medical expenses that result from the operation of specialized equipment; or
- premises damage.

*Auto* means any land motor vehicle, trailer, or semitrailer designed for travel on public streets or roads. It includes any permanently attached machinery or equipment. But we won't consider mobile equipment to be an auto.

*Loading or unloading* means the handling of property:

- while it's being moved from the place where it's accepted for transportation;
- while it's being loaded, transported, and unloaded; and
- until it's moved to the place where it's finally delivered.

But we won't consider moving property by an unattached mechanical device to be loading or unloading.

*Unattached mechanical device* includes any forklift, conveyor, or other unattached mechanical device, other than a hand truck.

Page 10 of 22
©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

TheStPaul

Do not attach this form to a policy. It is for informational use only.

*Entrustment to others* means:
- the permitting of others to use or do something; or
- the giving of something to others for safekeeping.

We explain what we mean by:
- mobile equipment and specialized equipment in the Mobile equipment exclusion; and
- premises damage in the Each event limit section.

**Breach of contract.** We won't cover advertising injury that results from the failure of any protected person to do what is required by a contract or agreement.

But we won't apply this exclusion to advertising injury that results from the unauthorized use of an advertising idea if such use is not specifically prohibited by the contract or agreement.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to injury or damage for which the protected person would have liability without the contract or agreement.

Nor will we apply this exclusion to bodily injury or property damage for which the protected person has assumed liability under a covered contract made before the bodily injury or property damage happens.

Also, if the protected person has agreed under the same covered contract to defend, or pay for the defense of, an indemnitee against a claim or suit for such bodily injury or property damage, we'll have the duty to defend the indemnitee against the claim or suit only if:
- the indemnitee isn't a protected person for the bodily injury or property damage;
- the claim or suit is for bodily injury or property damage for which that protected person has assumed the liability of the indemnitee under the covered contract;
- the bodily injury or property damage is covered by this agreement;
- the claim or suit is made or brought against that protected person and the indemnitee;
- we are defending that protected person against the claim or suit under this agreement;
- all of our indemnitee defense control and authority requirements are fulfilled; and
- all of our indemnitee defense cooperation and notice requirements are fulfilled.

When the indemnitee is a protected person for the claim or suit, we'll apply the Right and duty to defend a protected person section, rather than this contract liability indemnitee defense coverage, in connection with such claim or suit.

If we have the duty to defend the indemnitee under the contract liability indemnitee defense coverage, we'll do the following:
- We'll defend the indemnitee against the claim or suit even if all of the allegations of such claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.
- We'll pay all covered indemnitee defense expenses incurred by us in connection with the claim or suit. Such payments are in addition to the limits of coverage.

However, if we don't have a duty to defend the indemnitee under:
- the contract liability indemnitee defense coverage; or
- the Right and duty to defend a protected person section;

we'll pay covered indemnitee defense expenses assumed under contract as if they're damages covered by this agreement. Such payments are subject to the limits of coverage.

Our duty to defend an indemnitee, or pay indemnitee defense expenses incurred by us, under the contract liability indemnitee defense coverage ends when the indemnitee fails to comply with any of our indemnitee defense cooperation and notice requirements. It also ends when we have used up the limits of coverage that apply with the payment of:
- judgments;
- settlements;
- medical expenses; or
- indemnitee defense expenses assumed under contract.

---

47500 Rev. 1-96 Printed in U.S.A.  
©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved  
Insuring Agreement       Page 11 of 22