## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify this 9th day of August, 2005, that copies of the foregoing *Defendants' Answer to Amended Indemnification and Declaratory Judgment Complaint, With Affirmative Defenses and Counterclaim for Declaratory Judgment* were caused to be served upon the following in the manner so indicated:

**BY HAND**
Yvonne Takvorian Saville, Esq.
Weiss and Seville, P.A.
1220 N. Market Street, Suite 604
Wilmington, Delaware 19801

**BY MAIL**
Jonathan M. Cohen, Esq.
Joshua Van Naarden, Esq.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, Pennsylvania 19102

Joseph K. Koury (#4272)