IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al., | : : : : | CIVIL ACTION<br><br>NO.: 05-513 |
| **Plaintiffs** | : : | |
| VS. | : : | JURY TRIAL DEMANDED |
| PACK & PROCESS, INC. | : : | |
| AND<br>ST. PAUL MERCURY INSURANCE COMPANY | : : : | |
| **Defendants** | : | |

### ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Yvonne Takvorian Saville, Esquire as local counsel on behalf of all of the Plaintiffs in the captioned matter.

                                        WEISS AND SAVILLE, P.A.


                                        BY:    /S/ YVONNE TAKVORIAN SAVILLE
                                        YVONNE TAKVORIAN SAVILLE, ESQUIRE
                                        1220 North Market Street
                                        Suite 604
                                        P.O. Box 370
                                        Wilmington DE 19801
                                        (302) 656-0400