IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

| | |
|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al., : Plaintiffs : VS. : : PACK & PROCESS, INC. : AND : ST. PAUL MERCURY INSURANCE COMPANY : Defendants : | CIVIL ACTION : NO.: 05-513 : : : : JURY TRIAL DEMANDED : : : : : : |

_____

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Yvonne Takvorian Saville, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Jonathan M. Cohen, Esquire and Joshua Van Naarden, Esquire, Kline & Specter, P.C. ,1525 Locust Street, Philadelphia, PA 19102 to represent Yan Thou, Oeurn Mam, Navy Yan, Chan Yan, Thuha Son, Chieu Thi Huynh, Maly Yan and Bay Thi Nguyen in this action. **Joshua Van Naarden, Esquire** is admitted, practicing, and in good standing in the Commonwealth of Pennsylvania and New Jersey. **Jonathan M. Cohen, Esquire** is admitted, practicing, and in good standing in the Commonwealth of Pennsylvania, New Jersey and New York.

S/YVONNE TAKVORIAN SAVILLE, ESQUIRE
YVONNE TAKVORIAN SAVILLE, ESQUIRE
1220 North Market Street
Suite 604
P.O. Box 370
Wilmington DE 19801
(302) 656-0400

The Admittees certify that they are eligible for admission *pro hac vice* to this Court, are admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

S/JONATHAN M. COHEN, ESQUIRE
JONATHAN M. COHEN, ESQUIRE

S/JOSHUA VAN NAARDEN, ESQUIRE
JOSHUA VAN NAARDEN, ESQUIRE
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia PA 19102
215-772-1000

**MOTION GRANTED.**

BY THE COURT:

Dated: _____    _____
United States District Court Judge