IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al., | : : : : | CIVIL ACTION NO.: 05-513 |
| Plaintiffs | : | |
| VS. | : : | JURY TRIAL DEMANDED |
| PACK & PROCESS, INC. AND ST. PAUL MERCURY INSURANCE COMPANY | : : : : | |
| Defendants | : | |

**MOTION OF YVONNE TAKVORIAN SAVILLE TO WITHDRAW HER APPEARANCE**

  In compliance with Local Rule 7.1.1, Yvonne Takvorian Saville has conferred with opposing counsel and certifies that there is no objection to her Withdrawal as Counsel on behalf of Plaintiffs: Unchalee Vong; Donkeo Phraviehit; Kusti Leman; Tjajah Chandra, as mother and legal guardian of Lani Chandra and Lani Chandra, in her own right; Zair Shah; Khan Gul; Salim Kahn; Mohammed Sardar Khan, as co-administrators of the Estate of Mohammed Azin; Soly Chan, as administrator of the Estate of Lang, Kehm, deceased, also known as Lang Chhay; Thorn Bun Khem as the administrator of the Estate of Lam Khem, deceased in the above captioned matter.

            **WEISS AND SAVILLE, P.A.**

         BY: /S/ YVONNE TAKVORIAN SAVILLE
            YVONNE TAKVORIAN SAVILLE, ESQUIRE
            1220 North Market Street
            Suite 604
            P.O. Box 370
            Wilmington DE 19801
            (302) 656-0400

Dated: August 19, 2005

**SO ORDERED** this _____ day of _____, 2005

            _____
            The Honorable Sue Robinson
            United States District Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al.,** | : : : : | **CIVIL ACTION** <br><br> **NO.: 05-513** |
| **Plaintiffs** | : | |
| VS. | : : | **JURY TRIAL DEMANDED** |
| **PACK & PROCESS, INC.** <br> **AND** <br> **ST. PAUL MERCURY INSURANCE COMPANY** | : : : : : | |
| **Defendants** | : | |

## AFFIDAVIT OF SERVICE

I hereby certify that I have served two (2) copies of the foregoing on the below listed individuals by regular United States mail

Vincent A. Bifferato, Sr. (#100057)      Jonathan M. Cohen
Ian Connor Bifferato (#3273)             Kline & Specter
Joseph K. Koury (#4272)                  1525 Locust Street, 19th floor
1308 Delaware Avenue                     Philadelphia, PA 19102
Wilmington, DE 19899                     Attorney for Plaintiff

Francis J. Deasy
James B. Burns, Esquire
Deasy, Mahoney & Bender
1800 JFK Boulevard, Suite 1300
Philadelphia, PA 19103-2978
Attorneys for Defendants

                                                    BY:   S/YVONNE TAKVORIAN SAVILLE
                                                           YVONNE TAKVORIAN SAVILLE