## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| YAN THOU, Individually and as | : | CIVIL ACTION |
| Administrator of the Estates of Oeurn | : | |
| Mam, Deceased and Navy Yan, Deceased | : | NO.: 05-513 |
| et al., | : | |
| Plaintiffs | : | |
| | : | |
| VS. | : | JURY TRIAL DEMANDED |
| | : | |
| PACK & PROCESS, INC. | : | |
| | : | |
| AND | : | |
| ST. PAUL MERCURY INSURANCE | : | |
| COMPANY | : | |
| Defendants | : | |

_____

### REVISED ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Yvonne Takvorian Saville, Esquire as local counsel on behalf of the following :Yan Thou, Individually and as Administrator of the Estate of Oeurn Mam, deceased, and Navy Yan, deceased, Chan Yan, Thuha Son, Chieu Thi Huynh, Maly Yan and Bay Thi Nguyen in the captioned matter.


WEISS AND SAVILLE, P.A.


BY:___/S/ YVONNE TAKVORIAN SAVILLE_____
YVONNE TAKVORIAN SAVILLE, ESQUIRE
1220 North Market Street
Suite 604
P.O. Box 370
Wilmington DE 19801
(302) 656-0400