

**Bifferato Gentilotti Biden**

Vincent A. Bifferato, Jr.
Ian Connor Bifferato
Jeffrey M. Gentilotti
Joseph R. Biden, III
George T. Lees, III
Veronica O. Faust
David W. deBruin*
David A. Denham
Catherine Zwolak Kilian
Joseph K. Koury
Garvan F. McDaniel
*Admitted in PA & NJ only

Alternative Dispute Resolution
———
Vincent A. Bifferato
William Swain Lee
Carl Schnee
———

Writer's Email Address:
jkk@bgbde.com
Reply to: Wilmington

September 6, 2005

**BY E-FILE**
The Honorable Sue L. Robinson
Chief Judge
United States District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:    *Yan Thou*, et al. *v. Pack & Process, Inc.*, et al.
             **Civil Action No. 05-513**

Dear Chief Judge Robinson:

    This firm, along with the law firm of Deasey, Mahoney & Bender, Ltd., is counsel to the defendants in the above-referenced proceeding, who are also the plaintiffs in a proceeding pending in this Court before Judge Jordan, *St. Paul Mercury Insurance Company and Pack and Process, Inc. v. Maly Yan*, Civil Action No. 05-022. The action pending before Your Honor has been transferred to the Court from the United States District Court for the Eastern District of Pennsylvania. The transfer occurred following the commencement of the proceeding before Judge Jordan, which proceeding has progressed to the point that a Rule 16 teleconference was recently held with the Court.

    Enclosed herewith is a *Stipulation for Consolidation* executed by various counsel for all parties to this action. The parties respectfully request that the enclosed stipulation be entered as an Order of the Court, the effect of which will be to consolidate this action with Civil Action No. 05-022 for purposes of discovery, case management, and trial. Pursuant to the direction of Judge Jordan, once the enclosed stipulation and a similar stipulation simultaneously being filed in the other action are entered as orders, both actions will be administered under a single caption before Judge Jordan and a scheduling order will be entered therein. Thus the parties' request that the Court enter the enclosed document as an Order of the Court.

Bifferato, Gentilotti & Biden, P.A.
www.bgbde.com

200 Biddle Avenue
Suite 203
Newark, DE 19702
Phone: 302 - 429 - 1900
Fax: 302 - 832 - 7540

1308 Delaware Avenue
Wilmington, DE 19806
P.O. Box 2165
Wilmington, DE 19899 - 2165
Phone: 302 - 429 - 1900
Fax: 302 - 429 - 8600

701 Rehoboth Avenue
Rehoboth Beach, DE 19971
Phone: 302 - 227- 6600
Toll Free: 866 - 618 - 2433
Fax: 302 - 227- 6778

Bifferato, Gentilotti & Biden, P.A.

The Honorable Sue L. Robinson
September 6, 2005
Page Two


       We are available at the Court's convenience to discuss this matter should it have any questions or concerns. Thank you.

                          Respectfully,

                          Joseph K. Koury (#4272)

Enclosure

cc:    James B. Burns, Esq. (by fax)
        Yvonne Takvorian Saville, Esq. (by fax)