IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| YAN THOU, et. al | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Case No. 1:05-cv-00513-(SLR) |
| | ) | |
| PACK & PROCESS, INC., et. al. | ) | |
| | ) | |
| **Defendants.** | ) | |

## STIPULATION FOR CONSOLIDATION

WHEREAS, St. Paul Mercury Insurance Company ("St. Paul") filed an action against Maly Yan for declaratory judgment on January 14, 2005 under Docket Number 05-0022 (KAJ), and

WHEREAS, on March 16, 2005, an Amended Complaint was filed in that action wherein Pack and Process, Inc. ("Pack & Process") was named as an additional plaintiff, and

WHEREAS, Maly Yan and others filed an action on February 23, 2005 against St. Paul and Pack & Process in the United States District Court for the Eastern District of Pennsylvania ("Pennsylvania Action"), and

WHEREAS, by order of the United States District Court for the Eastern District of Pennsylvania, the Pennsylvania Action was transferred to this Court and docketed here on July 21, 2005 under Docket Number 05-00513 (SLR) (see attached copy of Judge Giles' transfer order), and

WHEREAS the parties to the above-referenced civil actions believe that consolidation of the actions would be in their best interests and would further serve the interests of judicial economy and efficiency,

IT IS HEREBY STIPULATED AND AGREED by the parties to the above-referenced civil actions that the action docketed at 05-00513 shall be consolidated with the action docketed at 05-0022 for purposes of discovery, case management and trial.

_____
Joseph K. Koury, Esquire  (4272)
Local Counsel for Defendants

_____
Yvonne Takvorian Saville, Esquire (3430)
Local Counsel for Plaintiffs
Yan Thou, Individually and as
Administrator of the estate of
Oeurn Mam, deceased, and Navy Yan,
deceased and Chan Yan, Thuha Son,
Chieu Thi Huynh, Maly Yan and Bay
Thi Nguyen

_____
Robert Miller, Esquire
Counsel for Plaintiffs
Uchalee Vong, Lawrence Vong and
Donkeo Phravichit

_____
Richard Costigan, Esquire
Counsel for Plaintiffs Zair Shah,
Khan Gul, Salim Khan, Mohammad
Khan and Azim Mohammad

_____
James B. Burns, Esquire
Counsel for Defendants

_____
Joshua Van Naarden, Esquire
Counsel for Plaintiffs Yan Thou, Oeurn Mam
Navy Yan, Chan Yan, Thuha Son,
Chieu Thi Huynh, Maly Yan and
Bay Thi Nguyen

_____
Warren Siegel, Esquire
Counsel for Kusti Leman, Asan Oh,
Tjajah Chandra and Lani Chandra
Plaintiffs

_____
Steven Dranoff Esquire
Counsel for Plaintiffs
Soly Chan and Thorn Bun Khem

SO ORDERED this _____ day
of _____, 2005

_____
Honorable Sue L. Robinson

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAN THOU, et al., | : | |
| Plaintiffs | : | CIVIL ACTION |
| v. | : | NO. 05-832 |
| PACK & PROCESS, INC., et al. | : | |
| Defendants. | : | |

### ORDER

AND NOW, this 9th day of May, 2005, upon consideration of defendants' Motion to Dismiss, or in the Alternative, to Transfer this Action to the United States District Court for the District of Delaware, the responses thereto, and oral argument, it is hereby ORDERED that the motion to dismiss is DENIED, and the motion to transfer is GRANTED, pursuant to 28 U.S.C. § 1404(a).

The insurance policy in question was issued in Delaware, the accident occurred in Delaware, and the employer insured is situated in Delaware. All pertinent factual issues regarding coverage will have to be determined in accordance with Delaware law. All of the plaintiffs in the above matter have a common interest in participating in the Delaware federal action to make claims, even if competing claims, against the insured's insurance policy. The Pennsylvania judgment against the driver of the accident vehicle may not be issue preclusive against the employer, either in this action or in the Delaware action.

The Clerk is directed to TRANSFER the file in the above-captioned matter to the Clerk of the United States District Court for the District of Delaware.

BY THE COURT:

_____
JAMES T. GILES            C.J.

copies by FAX on
to