## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ST. PAUL MERCURY INSURANCE )
COMPANY, )
)
And )
)
PACK AND PROCESS, INC. )
)
Plaintiffs, )
)
v. )     Case No. 05-0022 (KAJ)
)
MALY YAN, )
)
Defendant. )

### STIPULATION FOR CONSOLIDATION

WHEREAS, St. Paul Mercury Insurance Company ("St. Paul") filed an action against Maly Yan for declaratory judgment on January 14, 2005 under Docket Number 05-0022 (KAJ), and

WHEREAS, on March 16, 2005, an Amended Complaint was filed in this action wherein Pack and Process, Inc. ("Pack & Process") was named as an additional plaintiff, and

WHEREAS, Maly Yan and others filed an action on February 23, 2005 against St. Paul and Pack & Process in the United States District Court for the Eastern District of Pennsylvania ("Pennsylvania Action"), and

WHEREAS, by order of the United States District Court for the Eastern District of Pennsylvania, the Pennsylvania Action was transferred to this Court and docketed here on July 21, 2005 under Docket Number 05-00513 (SLR) (see attached copy of Judge Giles' transfer order), and

WHEREAS the parties to the above-referenced civil actions believe that consolidation of the actions would be in their best interests and would further serve the interests of judicial economy and efficiency,

IT IS HEREBY STIPULATED AND AGREED by the parties to the above-referenced civil actions that the action docketed at 05-00513 shall be consolidated with the action docketed at 05-0022 for purposes of discovery, case management and trial.


Joseph K. Koury, Esquire  (4272)
Local Counsel for Plaintiffs


Yvonne Takvorian Saville, Esquire  (3430)
Local Counsel for Defendant


James B. Burns, Esquire
Counsel for Plaintiffs


Joshua Van Naarden, Esquire
Counsel for Defendant


Robert Miller, Esquire
Counsel for Uchalee Vong,
Lawrence Vong and Donkeo Phravichit


Richard Costigan, Esquire
Counsel for Zair Shah, Khan Gul,
Salim Khan, Mohammad Khan and Azim
Mohammad


Warren Siegel, Esquire
Counsel for Kusti Leman, Asan Ch'
Tjajah Chandra and Lani Chandra


Steven Dranoff, Esquire
Counsel for Soly Chan and Thorn
Bun Khem


SO ORDERED this 8th day
of Sept., 2005.


The Honorable Kent A. Jordan

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

YAN THOU, et al.,                          :
                                           :
            Plaintiffs                     :        CIVIL ACTION
                                           :
       v.                                  :        NO. 05-832
                                           :
PACK & PROCESS, INC., et al.,              :
                                           :
            Defendants.                    :

## ORDER

AND NOW, this 9th day of May, 2005, upon consideration of defendants' Motion to

Dismiss, or in the Alternative, to Transfer this Action to the United States District Court for the

District of Delaware, the responses thereto, and oral argument, it is hereby ORDERED that the motion

to dismiss is DENIED, and the motion to transfer is GRANTED, pursuant to 28 U.S.C. § 1404(a).

The insurance policy in question was issued in Delaware, the accident occurred in

Delaware, and the employer insured is situated in Delaware. All pertinent factual issues regarding

coverage will have to be determined in accordance with Delaware law. All of the plaintiffs in the

above matter have a common interest in participating in the Delaware federal action to make claims,

even if competing claims, against the insured's insurance policy. The Pennsylvania judgment against

the driver of the accident vehicle may not be issue preclusive against the employer, either in this action

or in the Delaware action.

The Clerk is directed to TRANSFER the file in the above-captioned matter to the

Clerk of the United States District Court for the District of Delaware.

BY THE COURT:

_____
JAMES T. GILES          C.J.

copies by FAX on
to