# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY ) ) ) and ) ) PACK AND PROCESS, INC., ) ) Plaintiffs, ) ) v. ) ) MALY YAN, ) ) Defendant. ) | Case No. 05-0022 (KAJ) |

**********************************

| | |
|---|---|
| ) YAN THOU, et al., ) ) Plaintiffs, ) ) v. ) ) PACK & PROCESS, INC., et al., ) ) Defendants. ) | Case No. 04-0513 (KAJ) CONSOLIDATED CASES |

## **ENTRY OF APPEARANCE**

**PLEASE ENTER** the appearance of Michael L. Sensor, Esquire as counsel for plaintiffs UNCHALEE VONG; DONKEO PHRAVICHIT; KUSTI LEMAN; TJAJAH CHANDRA, as Mother and Legal Guardian of Lani Chandra; LANI CHANDRA, in her own right; ZAIR SINGH; KHAN GUL; SALIM KHAN and MOHAMMED SARDAR KHAN, as Co-Administrators of the Estate of Mohammed Azim, Deceased; SOLY CHAN, as Administrator of the Estate of Lang Khem, Deceased, also known as Lang Chhay; and THORN BUN KHEM, as Administrator of the Estate of Lam Khem, Deceased.

**PERRY & SENSOR**

By:    /s/ Michael L. Sensor
      Michael L. Sensor, Esquire
      Delaware Bar ID No. 3541
      Suite 560, First Federal Plaza
      P.O. Box 1568
      Wilmington, DE 19899-1568
      Telephone: (302) 655-4482
      Attorney for Plaintiffs Vong, Phravichit, Leman, T. Chandra, L. Chandra, Shah, Gul, Khan, Chan, and Khem

Dated: December 6, 2005

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on December 6, 2005, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to the following persons, counsel of record for all parties, or via U.S. Mail where appropriate:

**DOCUMENT:**

Entry of Appearance

**RECIPIENTS:**

Joseph R. Biden, III, Esquire
Joseph K. Koury, Esquire
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

Francis J. Deasey, Esquire
James B. Burns, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard, Suite 1300
Philadelphia, PA 19103-2978

Yvonne Takvorian Saville, Esquire
Weiss & Saville
1220 Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19899-0370

Jonathan M. Cohen, Esquire
Joshua Van Naarden, Esquire
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Chase T. Brockstedt, Esquire
Mr. Roger D. Landon, Esquire
1011 Centre Road
Suite 210, Delle Donne Corporate Center
Wilmington, DE 19805

Stephen B. Potter, Esquire
Potter, Carmine & Aaronson
840 N. Union Street
P.O. Box 514
Wilmington, DE 19899

          **PERRY & SENSOR**

By:   /s/ Michael L. Sensor
     Michael L. Sensor, Esquire
     Delaware Bar ID No. 3541
     Suite 560, First Federal Plaza
     P.O. Box 1568
     Wilmington, DE 19899-1568
     Telephone: (302) 655-4482
     Attorney for Plaintiffs Vong, Phravichit, Leman, T. Chandra, L. Chandra, Shah, Gul, Khan, Chan, and Khem

Dated: December 6, 2005