**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC.** | : : : : | Case No. 05-0022 (KAJ) |
| v. | : : | |
| MALY YAN, | : : | |
| * * * * * * * * * * * * * * * * * * * * * * * * | : : | Case No. 05-00513 (KAJ) |
| YAN THOU, et al. | : : | |
| v. | : : | CONSOLIDATED CASES |
| PACK & PROCESS, Inc., et al. | : | |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of Ian Connor Bifferato, Esquire, Raj Srivatsan, Esquire, and the firm of Bifferato Gentilotti, LLC as counsel on behalf of St. Paul Mercury Insurance Company and Pack and Process, Inc., in the above captioned actions; and

PLEASE ENTER the appearance of Chad J. Toms, Esquire, and the firm of Whiteford Taylor Preston, LLC as counsel on behalf of St. Paul Mercury Insurance Company and Pack and Process in the above captioned actions.

| BIFFERATO GENTILOTTI LLC | WHITEFORD TAYLOR PRESTON, LLC |
|---|---|
| /s/ Ian Connor Bifferato | /s/ Chad J. Toms |
| Ian Connor Bifferato, Esquire (ID #3273) | Chad J. Toms (ID #4155) |
| Raj Srivatsan, Esquire (ID #4917) | 1220 North Market Street |
| 800 North King Street | Suite 608 |
| P. O. Box 2165 | Wilmington, DE 19801 |
| Wilmington, DE 19899-2165 | (302) 482-8753 |
| 302-429-1900 | ctoms@wtplaw.com |

Dated: September 8, 2008

*1808102*